UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X

| | |
|---|---|
| RICHARD LOOS, | **STATEMENT PURSUANT** |
| Plaintiff, | <u>**TO RULE 7.1**</u> |
| - against - | Index No.: 07-cv-6723(PKL) |
| COMFORT INNS, INC. and CHOICE HOTELS INTERNATIONAL, INC., | Assigned to: Hon. Peter K. Leisure |
| Defendants. | |

-----------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 {formerly Local General Rule 1.9} and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **CHOICE HOTELS INTERNATIONAL, INC.**, (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Elmsford, New York
       August 16, 2007

By: _____
James M. Skelly (JMS/4844)

**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**
Attorneys for Defendant
**CHOICE HOTELS INTERNATIONAL, INC.**
530 Saw Mill River Road
Elmsford, New York 10523
(914) 345-3701
File No.: 308.79853

TO: **LAW OFFICES OF ELIOT F. BLOOM, P.C.**
     Attorneys for Plaintiff
     **RICHARD LOOS**
     114 Old Country Road, Suite 308
     Mineola, New York 11501
     (516) 739-5300

{NY030442.1}

COMFORT INNS, INC.
425 East Route 59
Nanuet, New York 10954

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
: ss:
COUNTY OF WESTCHESTER )

MARTHA AGIS, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age and resides in Pearl River, New York.

On the ____ day of August, 2007, deponent served the within **STATEMENT PURSUANT TO RULE 7.1,** upon the parties herein stated below, by depositing and mailing same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, at the following addresses:

TO: **LAW OFFICES OF ELIOT F. BLOOM, P.C.**
Attorneys for Plaintiff
**RICHARD LOOS**
114 Old Country Road, Suite 308
Mineola, New York 11501
(516) 739-5300

COMFORT INNS, INC.
425 East Route 59
Nanuet, New York 10954

______________________________
MARTHA AGIS

Sworn to before me on this
____ day of August, 2007.

______________________
NOTARY PUBLIC

{NY030442.1}