UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICHARD LOOS,                                             Civil Action No.: CV 07-6723

                *Plaintiff(s),*

                                                               **AFFIDAVIT PURSUANT**
        -against-                                                  **TO RULE 7.1**

COMFORT INNS, INC. and CHOICE HOTELS
INTERNATIONAL, INC.

                *Defendant(s),*
-----------------------------------------------------------------X

Donald Frum, Esq. being duly sworn hereby deposes and says under penalties of perjury:

1. I am associated with the Law Offices of Donald L. Frum, attorneys for Defendant, Comfort Inns, Inc.

2. Defendant, Comfort Inns, Inc. does not have a parent company.

3. No publicly held corporation owns 10% or more of Defendant, Comfort Inns, Inc.'s stocks.

Dated: Elmsford, New York
         September 12, 2007

                                                                   _____
                                                                    Donald Frum, Esq.