UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICHARD LOOS,

                               Plaintiff,

        -against-

COMFORT INNS, INC., and
CHOICE HOTELS INTERNATIONAL, INC,

                               Defendants.
-----------------------------------------------------------------X

Index No. 07 cv 6723 (PKL)

RULE 26(A) DISCLOSURES
BY PLAINTIFF

       The Plaintiff RICHARD LOOS makes the following initial disclosures pursuant to Fed. R. Civ. P. 26(a) and reserves the right to supplement these disclosures if new information becomes available:

1.      Persons with Discoverable Information that the Defendants may use to support its claims or defenses:

        A.      Richard Loos
                 21596 Casa Monte
                 Boca Raton, Florida

        B.      Kenneth Weiss
                 28 Fieldstone Court
                 New City, New York 10956

        C.      Patricia Weiss
                 28 Fieldstone Court
                 New City, New York 10956

        D.      John VanHouton
                 122 Gaston

Garfield, New Jersey.

    D.    "Lorrie" (Last name unknown)
Hotel Manager
Comfort Inn
425 East Route 59
Nanuet, New York 10954

2. Documents in the possession of the Plaintiff.

    A.    Police Report, and

    B.    Medical Records.

The Plaintiff may utilize documents in the possession of the Defendants in support of his allegations and other documents identified in discovery.

3. Computation of Damages.

    A.    The Plaintiff computes damages as the amount owed by the Defendants for physical injuries suffered by the Plaintiff, for pain and suffering and for actual damages. To date, hospital bills have amounted to Four Thousand One Hundred Thirty Eight ($4,138.00) Dollars and related doctor bills have amounted to Nine Hundred ($900.00) Dollars, but these bills are not complete and the Plaintiff reserves the right to supplement this Disclosure once additional bills are received.

4. Insurance Agreements

    A.    There is no insurance in place that would be applicable to this Rule 26 Disclosure.

Dated: Mineola, New York
         September 22, 2007

LAW OFFICES OF ELIOT F. BLOOM

_____
By: Eliot F. Bloom, Esq. (9423)
*Attorneys for Plaintiff*
RICHARD LOOS
114 Old Country Road, Suite 308
Mineola, New York 11501
(516) 739-5300
(516) 739-3202 (fax)

TO: Law Offices of Donald L. Frum
Attorney for Defendant
Palisades Lodging Corporation
Trading as Comfort Inn
565 Taxter Road
Suite 150
Elmsford, New York 10523
(914) 347-5522