

# Case Report
## Summary

Police Records Division
20 Maple Avenue
New City, NY 10956
845.639.5850
845.639.6238 fax
M-F 8:00am-5:00pm

Clarkstown Police
ORI Number: NY0435000

Print Date/Time: 06/18/2007 14:08
Login ID: kdietrich
Case Number: 2007-00016292

## Case Details

Case Number: 2007-00016292
Location: 425 E RT 59
NANUET, NY, 10954
Reporting Officer ID: 449 - Miller

Incident Type: Assault-Strong Arm
Occurred From: 06/15/2007 01:30
Occurred Thru: 06/15/2007 04:26
Disposition:

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|-----|-----------|------------|---------|-------------|--------|
| 1 | State | 13B | PL 120.00 01 AM3 | ASLT W/INT CAUSES PHYS INJURY | 1 |
| 2 | State | 220 | PL 140.25 01B CF2 | BURG-CAUSES PHYSICAL INJURY | 1 |

## Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB |
|------|-----|------|---------|-------|------|-----|-----|
| Other | 1 | SUMMER G CHANG | 382 RT 304 BARDONIA, NY 10954 | | | F-Female | 05/01/1979 |
| Person Interviewed | 1 | WEISS | 40 LADY GODIVA WAY NEW CITY, NY 10956 | (845) 634-5455 | | | |
| Person Interviewed | 2 | Chris Weiss | 28 FIELDSTONE CT NEW CITY, NY 10956 | (845) 708-5555 | W-White | M-Male | 08/12/1984 |
| Person Interviewed | 3 | DANIELLE WEISS | 28 FIELDSTONE CT NEW CITY, NY 10956- | (914) 638-6668 | W-White | F-Female | 08/14/1981 |
| Person Interviewed | 4 | ALLISON WEISS | 28 FIELDSTONE CT NEW CITY, NY 10956 | (212) 794-8575 | R-Not Reported | F-Female | 10/13/1987 |
| Suspect | 1 | KENNETH WEISS | | | | M-Male | |
| Victim | 1 | Richard Loos | 21596 CASA MONTE Boca Raton, FL | (561) 213-3103 | W-White | M-Male | 12/14/1951 |
| Victim | 2 | Patricia Weiss | 28 FIELDSTONE CT NEW CITY, NY 10956 | (845) 708-5555 | W-White | F-Female | 05/16/1953 |
| Witness | 1 | John VanHouten | 122 GASTON Garfield, NJ | (201) 446-3094 | W-White | M-Male | 07/20/1972 |

## Arrests

## Property

## Suspect Vehicles

**OfficerID: gmiller, Narrative**
Responded to Comfort Inn reference an assault that had just taken place. On scene observed victim Richard Loos who was bleeding heavily from his left cheek as a result of a laceration. Richard reports that he was in room #410 with victim Patricia Weiss when somehow Kenneth Weiss gained entry to the room and entered without permission. Richard states that Kenneth was yelling at him and threatening to harm him. Richard states that Kenneth then punched him in the face with a closed fist causing the injury to his cheek. Richard states that Kenneth then forced Patricia to go with him against her will. Richard then went down to the desk to get help from the desk clerk. Richard states he does not know how Kenneth was able to gain entry to the room or how he located him at the Hotel. Richard advised this officer that he wanted to press charges against Kenneth for assaulting him. Photos were taken of Richard's face and placed into evidence by PO R. Laschet. Medics and Nanuet ambulance responded and transported Richard to Nyack Hospital for treatment. This officer then spoke



## Case Report
### Summary

Police Records Division
20 Maple Avenue
New City, NY 10956
845.639.5850
845.639.6238 fax
M-F 8:00am-5:00pm

Print Date/Time: 06/18/2007 14:08
Login ID: kdietrich
Case Number: 2007-00016292

Clarkstown Police
ORI Number: NY0435000

to night clerk John VanHouten who stated that Kenneth came to the desk and stated that he was staying in room #410 and had lost his key. John states he asked for identification and Kenneth provided a driver's license. John states that he told Kenneth that there was no room in his name and Kenneth replied that he was staying with a friend Richard Loos and that the room must be in his name. John then confirmed Richard Loos was staying in room #410 and gave Kenneth a new key. John states that a short time later Kenneth and an unknown woman then came down and were arguing as they left the hotel. CPD officers responded to 28 Fieldstone Ct to attempt to locate both Patricia and Kenneth Weiss. At this time Patricia's safety was the main focus of our efforts as it was believed that she had been forcefully taken against her will. Attempts to contact her by phone were negative and no one was answering the door at her residence. After approximately 20-30 minutes Kenneth Weiss 02/16/80 came to the door and was advised that we were looking for his mother Patricia and that we were concerned for her safety. Kenneth stated that his mother and father were not there, we advised Kenneth that we wanted to check the residence anyway to make sure. During the check of the residence the Weiss children listed above were very uncooperative with CPD officers even though they were advised that their mother may be in danger. CPD officers did check the residence and did not locate Patricia or Kenneth at the location. Attempts at this time were still being made to contact Patricia by phone however they met with negative results. This officer then typed and signed charges for Burglary 2nd and Assault 3rd as per Richard's request and did respond to Nyack Hospital to go over the charges and deposition with Richard. Upon arriving at Richard's bed in the emergency room I observed a woman who identified herself as Patricia Weiss. I asked her if she was OK and she stated that she was fine and did not want assistance. I asked if she would step outside for a moment while I discuss the charges with Richard and Richard advised her to stay. I then explained the charges and deposition to Richard who advised me that he was not taking any action without consulting his attorney first. I then asked Patricia if she would tell this officer her side of the story. Patricia stated that she was not going to talk with this officer about anything. However at one point Patricia stated it was a misunderstanding when this officer was talking to Richard. This officer then asked both parties if they had anything further to say before I leave at which time both parties refused to cooperate again.