## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07-cv-6723                                                                 Purchased/Filed: November 1, 2007

STATE OF NEW YORK    UNITED STATES DISTRICT COURT               SOUTHERN DISTRICT

---

*Richard Loos*                                                                                     Plaintiff

against

*Comfort Inns, Inc. and Choice Hotels International, Inc.*                            Defendant

---

STATE OF NEW YORK     SS.:
COUNTY OF ALBANY

Jessica Miller, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on November 15, 2007, at 2:00 p.m., at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Third-Party Summons in a Civil Action and Third-Party Complaint

on

Rondavel Management Corp, the Defendant in this action, by delivering to and leaving with Donna Christie, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: 38    Approx. Wt: 145    Approx. Ht: 5'5"
Color of skin: White    Hair color: Blonde    Sex: F    Other: _____

Sworn to before me on this

20th day of November, 2007

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0709571

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 11/15/07 at 2:00pm |
| NAME OF SERVER Jessica Miller | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): by serving Donna Christie, clerk, NYS Secretary of State under Section 306BCL, Female, White, Blond Hair, 38yrs, 146lbs, 5'5

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/23/07
             Date         Signature of Server
                          Jessica Miller

Address of Server
283 Washington Ave
Albany NY  12206

Sworn to me this 23rd
day of November, 2007

DONNA M. TIDINGS
Notary Public, State of New York
No. 01TI4898570
Qualified in Albany County
Commission Expires June 15, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.