UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

RICHARD LOOS                                              Docket No.  07-CV6723 (PKL)

                                    Plaintiff,            **Jury Demand of Kenneth
                                                          Weiss**

                    -against-

COMFORT INNS, INC. and CHOICE HOTELS
INTERNATIONAL, INC.
                                    Defendants.
------------------------------------------------------------------------x
COMFORT INNS, INC. and CHOICE HOTELS
INTERNATIONAL, INC.

                                    Third-Party Plaintiff,

                    -against-

KENNETH WEISS and RONDAVEL MANAGEMENT
CORPORATION
                                    Third-Party Defendants.
------------------------------------------------------------------------x

        Third-Party Defendant KENNETH WEISS by his attorneys Curan, Ahlers, Fiden &

Norris L.L.P., hereby demands trial by jury of all issues.

Dated:  White Plains, NY
            December 11, 2007

                                    Respectfully yours,

                                    CURAN, AHLERS, FIDEN & NORRIS LLP

                                    William F. Costello (WC4152)
                                    Attorneys for Third-Party Defendant
                                    KENNETH WEISS
                                    14 Mamaroneck Avenue
                                    White Plains, NY 10601
                                    (914) 428-3313

TO:

**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**
Attorneys for Defendant/Third-Party Plaintiff
**CHOICE HOTELS INTERNATIONAL, INC**.
530 Saw Mill River Road
Elmsford, New York 10523
(914) 345-3701
File No. 308.79853

**RONDAVEL MANAGEMENT CORP.**
c/o Granik, Garson, Silverman & Nowicki
120 North Main Street
New City, NY 10956

**LAW OFFICES OF ELIOT F. BLOOM, P.C.**
Attorneys for Plaintiff
**RICHARD LOOS**
114 Old Country Road, suite 308
Mineola, New York 11501
(516) 739-5300

**LAW OFFICES OF DONALD L. FRUM**
Attorneys for the Defendant
**PALISADES LODGING CORPORATION,**
**trading as COMFORT INN**
565 Taxter Road – suite 150
Elmsford, New York 10523
(914) 347-5522

## Certificate of Service by Mail

William F. Costello, declares pursuant to 28 U.S.C. 1746, under penalty of perjury:

On December 11, 2007,
I caused to be served the attached
Jury Demand of Kenneth Weiss,

upon the following counsel of record, by causing a copy to be mailed by first class mail, postage prepaid, to the following addresses designated by said attorneys for that purpose:

Marks, O'neill, O'Brien & Courtney, P.C.
530 Saw Mill River Road
Elmsford, NY 10523

Law Offices of Donald L. Frum
565 Taxter Road – suite 150
Elmsford, NY 10523

Law Offices of Eliot F. Bloom, P.C.
114 Old Country Road, suite 308
Mineola, New York 11501

Rondavel Management Corp.
c/o Granik, Garson, Silverman & Nowicki
120 North Main Street
New City, NY 10956

Dated: White Plains, NY
    December 11, 2007

WILLIAM F. COSTELLO (WC-4152)

Docket No.  07-CV6723 (PKL)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

RICHARD LOOS

                              Plaintiff,

          against-

COMFORT INNS, INC. and CHOICE HOTELS
INTERNATIONAL, INC.
                                        Defendants.
----------------------------------------------------------------------x
COMFORT INNS, INC. and CHOICE HOTELS
INTERNATIONAL, INC.

                              Third-Party Plaintiff,

          against-

KENNETH WEISS and RONDAVEL MANAGEMENT
CORPORATION
                              Third-Party Defendants.
_____

**Jury Demand of Kenneth Weiss**
_____


**CURAN, AHLERS, FIDEN & NORRIS L.L.P.**
Attorneys for Plaintiff(s)


Please send reply correspondences to the Westchester office:

| ☐ *New York Office* | **X** *Westchester Office* |
|---|---|
| 420 Lexington Avenue | 14 Mamaroneck Avenue |
| New York, New York 10170 | White Plains, New York 10601 |
| (212) 986-9600 | (914) 428-3313 |