UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RICHARD LOOS,

           *Plaintiff,*

          *-against-*

COMFORT INNS, INC. and CHOICE HOTELS
INTERNATIONAL, INC.,

           *Defendants.*
-------------------------------------------------------------------X
COMFORT INNS, INC. and CHOICE HOTELS
INTERNATIONAL, INC.,

          *Third-Party Plaintiff,*

          *-against-*

KENNETH WEISS and RONDAVEL MANAGEMENT
CORPORATION.

         *Third-Party Defendants.*
-------------------------------------------------------------------X

Index No.: CV 07-6723 (PKL)

**CROSS-CLAIM**

### AS AND FOR A CROSS CLAIM AGAINST
### THE THIRD-PARTY DEFENDANT KENNETH WEISS

**FIRST:** If plaintiff sustained the injuries and damages in the manner and at the time and place alleged, and if it is found that the defendant, PALISADES LODGING CORPORATION, trading as COMFORT INN, is liable to plaintiff, then the defendant, PALISADES LODGING CORPORATION, trading as COMFORT INN, on the basis of apportionment of responsibility for the alleged occurrence, is entitled to indemnification and contribution from, and judgment over and against, the Third Party Defendant, KENNETH WEISS, for all or part of any judgment thus obtained by the plaintiff against the defendant, PALISADES LODGING CORPORATION, trading as COMFORT INN.

DATED: Elmsford, New York
         February 1, 2008

Yours, etc.

LAW OFFICE OF DONALD L. FRUM

*[signature]*

Paul S. Zilberfein, Esq.
565 Taxter Road, Suite 150
Elmsford, NY 10523
914-347-5522

To:
CURAN, AHLERS, FIDEN & NORRIS LLP
William F. Costello (WC4152)
Attorneys for Third-Party Defendant
KENNETH WEISS
14 Mamaroneck Avenue
White Plains, NY 10601
(914) 428-3313

MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
Attorneys for Defendant/Third-Party Plaintiff
CHOICE HOTELS INTERNATIONAL, INC.
530 Saw Mill River Road
Elmsford, New York 10523
(914) 345-3701
File No. 308.79853

RONDAVEL MANAGEMENT CORP.
c/o GRANIK, GARSON, SILVERMAN & NOWICKI
120 North Main Street
New City, NY 10956

LAW OFFICES OF ELIOT F. BLOOM, P.C.
Attorneys for Plaintiff
RICHARD LOOS
114 Old Country Road, Suite 308
Mineola, New York 11501
(516) 739-5300