UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
RICHARD LOOS,

                    Plaintiff,

       - against -                          07 Civ. 6723 (PKL)

COMFORT INNS, INC., and CHOICE
HOTELS INTERNATIONAL, INC.,

                    Defendants.
```

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/4/08

**LEISURE, District Judge:**

   Defendant Palisades Lodging Corporation, trading as Comfort Inn, is hereby granted leave to file a third-party complaint pursuant to Rule 14(a) of the Federal Rules of Civil Procedure.

**SO ORDERED.**
New York, New York
February 4, 2008

_____
                              U.S.D.J.