UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD LOOS,

                  Plaintiff,

- against -

COMFORT INNS, INC., and CHOICE
HOTELS INTERNATIONAL, INC.,

                  Defendants.

ORDER

07 Civ. 6723 (PKL)

**LEISURE, District Judge:**

    The Court's February 4, 2008 order granting leave to file a third-party complaint pursuant to Rule 14(a) of the Federal Rules of Civil Procedure is hereby vacated.

**SO ORDERED.**
New York, New York

February 5, 2008

                                          _____
                                          U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08