



BY CHOICE HOTELS

## COMFORT INN & SUITES - ACCIDENT REPORT

Today's Date: _June 15, 2007_    Date of Accident: _June 15, 2007_

Approximate Time of Accident: _1:30_ [ ✓ ] am [ ] pm    Weather: _____

Report Completed by: _____

Name of injured: _Richard Loos_    Telephone: _888-922-8849_    Age: _____

Address: _Suite 150_

City: _Mankato_    State: _MN_    Zip Code: _56001_

Description of injuries [please be specific]:
_Eye injury - (Left) - Bandaged - (said received stitches)_
_Also said some of his teeth were damaged._

Describe conditions at place of occurrence:
_Guest room_

Comments made by injured:

Medical assistance: [X] Yes [ ] No

Physician's name & address:
_Hospital emergency Rn_
_By Ambulance_

Hospital & How Taken:

Police Officer: _Gordon Miller Jr_    Attendant:

Witness: [ ] Yes [ ] No    Name & Address:

Full description of injured: _early 50's - Gray hair - good build - Approx 5'11"_

Footwear: [ ] Yes [ ] No    Heels: [ ] High [ ] Low    [ ] Boots    [ ] Rubbers    [ ] Other:

[ ] Eyeglasses  [ ] Reading  [ ] Bifocal



**Comfort**
INN&SUITES ®
BY CHOICE HOTELS

## COMFORT INN & SUITES - INCIDENT REPORT

Today's Date: __June 15, 2007__

Approximate Time of Incident: __1:30__ [✓] am  [ ] pm

Discovered by: _____

Date of Incident: __June 15, 2007__

Weather: _____

Report Done by: __John Van Houten__

### Please check one in each category

| INCIDENT TYPE | | LOCATION | | LOSS TYPE | |
|---|---|---|---|---|---|
| | Slip & Fall | ✓ | Room # __410__ | | Guest Injury |
| ✓ | Personal Injury | | Hallway | | Guest Property |
| | Death | | Stairs/Stairwell | | Cash |
| | Rape/Attempt | | Parking Lot | | |
| | Harassment | | Grounds | | **COMPANY PROPERTY** |
| | Robbery/Attempt | | Elevator | | Other: |
| | Burgulary/Attempt | | Restrooms | | |
| | Theft of/from Vehicle | | Lobby | | **AMOUNT OF LOSS** |
| | Property Damage by Vehicle | | Pool Area | | Cash: |
| | Mysterious Disappearance | | Storage Area | | Property: |
| | Vandalism | | Basement | | |
| | Fire/Smoke Damage | | Office | | |
| | Natural Disaster | | Meeting Room(s) | | |
| | Other: | | Restaurant | | |
| | | | Lounge | | |
| | | | Kitchen | | |
| | | | Other: | | |

Victim [name/address/phone]: __Richard Loos   Suite 150 Mankato, MN. 56001__
__Telephone # 888-922-8849__

Age: _____   Sex: [✓] male   [ ] female

Witness [name/address/phone]:



# Case Report
## Summary

Police Records Division
20 Maple Avenue
New City, NY 10956
845.639.5850
845.639.6238 fax
M-F 8:00am-5:00pm

Print Date/Time: 06/18/2007 14:08
Login ID: kdietrich
Case Number: 2007-00016292

Clarkstown Police
ORI Number: NY0435000

## Case Details

| | |
|---|---|
| Case Number: 2007-00016292 | Incident Type: Assault-Strong Arm |
| Location: 425 E RT 59 | Occurred From: 06/15/2007 01:30 |
| NANUET, NY, 10954 | Occurred Thru: 06/15/2007 04:26 |
| Reporting Officer ID: 449 - Miller | Disposition: |

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | State | 13B | PL 120.00 01 AM3 | ASLT W/INT CAUSES PHYS INJURY | 1 |
| 2 | State | 220 | PL 140.25 01B CF2 | BURG-CAUSES PHYSICAL INJURY | 1 |

## Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| Other | 1 | SUMMER G CHANG | 382 RT 304 BARDONIA, NY 10954 | | | F-Female | 05/01/1979 |
| Person Interviewed | 1 | WEISS | 40 LADY GODIVA WAY NEW CITY, NY 10956 | (845) 634-5455 | | | |
| Person Interviewed | 2 | Chris Weiss | 28 FIELDSTONE CT NEW CITY, NY 10956 | (845) 708-5555 | W-White | M-Male | 08/12/1984 |
| Person Interviewed | 3 | DANIELLE WEISS | 28 FIELDSTONE CT NEW CITY, NY 10956 | (014) 636-6668 | W-White | F-Female | 06/14/1981 |
| Person Interviewed | 4 | ALLISON WEISS | 28 FIELDSTONE CT NEW CITY, NY 10956 | (212) 794-8575 | R-Not Reported | F-Female | 10/13/1987 |
| Suspect | 1 | KENNETH WEISS | | | | M-Male | |
| Victim | 1 | Richard Loos | 21596 CASA MONTE Boca Raton, FL | (561) 213-3103 | W-White | M-Male | 12/14/1951 |
| Victim | 2 | Patricia Weiss | 28 FIELDSTONE CT NEW CITY, NY 10956 | (845) 708-5555 | W-White | F-Female | 05/16/1963 |
| Witness | 1 | John VanHouten | 122 GASTON Garfield, NJ | (201) 446-3094 | W-White | M-Male | 07/20/1972 |

## Arrests

## Property

## Suspect Vehicles

OfficerID: gmiller, Narrative

Responded to Comfort Inn reference an assault that had just taken place. On scene observed victim Richard Loos who was bleeding heavily from his left cheek as a result of a laceration. Richard reports that he was in room #410 with victim Patricia Weiss when somehow Kenneth Weiss gained entry to the room and entered without permission. Richard states that Kenneth was yelling at him and threatening to harm him. Richard states that Kenneth then punched him in the face with a closed fist causing the injury to his cheek. Richard states that Kenneth then forced Patricia to go with him against her will. Richard then went down to the desk to get help from the desk clerk. Richard states he does not know how Kenneth was able to gain entry to the room or how he located him at the Hotel. Richard advised this officer that he wanted to press charges against Kenneth for assaulting him. Photos were taken of Richard's face and placed into evidence by PO R. Laschet. Medics and Nanuet ambulance responded and transported Richard to Nyack Hospital for treatment. This officer then spoke

Page: 1 of 2



# Case Report
## Summary

Police Records Division
20 Maple Avenue
New City, NY 10956
945.639.5850
945.639.6238 fax
M-F 8:00am-5:00pm

Print Date/Time: 06/18/2007 14:08
Login ID: kdietrich
Case Number: 2007-00016292

Clarkstown Police
ORI Number: NY0435000

to night clerk John VanHouten who stated that Kenneth came to the desk and stated that he was staying in room #410 and had lost his key. John states he asked for identification and Kenneth provided a driver's license. John states that he told Kenneth that there was no room in his name and Kenneth replied that he was staying with a friend Richard Loos and that the room must be in his name. John then confirmed Richard Loos was staying in room #410 and gave Kenneth a new key. John states that a short time later Kenneth and an unknown woman then came down and were arguing as they left the hotel. CPD officers responded to 28 Fieldstone Ct to attempt to locate both Patricia and Kenneth Weiss. At this time Patricia's safety was the main focus of our efforts as it was believed that she had been forcefully taken against her will. Attempts to contact her by phone were negative and no one was answering the door at her residence. After approximately 20-30 minutes Kenneth Weiss 02/16/80 came to the door and was advised that we were looking for his mother Patricia and that we were concerned for her safety. Kenneth stated that his mother and father were not there, we advised Kenneth that we wanted to check the residence anyway to make sure. During the check of the residence the Weiss children listed above were very uncooperative with CPD officers even though they were advised that their mother may be in danger. CPD officers did check the residence and did not locate Patricia or Kenneth at the location. Attempts at this time were still being made to contact Patricia by phone however they met with negative results. This officer then typed and signed charges for Burglary 2nd and Assault 3rd as per Richard's request and did respond to Nyack Hospital to go over the charges and deposition with Richard. Upon arriving at Richard's bed in the emergency room I observed a woman who identified herself as Patricia Weiss. I asked her if she was OK and she stated that she was fine and did not want assistance. I asked if she would step outside for a moment while I discuss the charges with Richard and Richard advised her to stay. I then explained the charges and deposition to Richard who advised me that he was not taking any action without consulting his attorney first. I then asked Patricia if she would tell this officer her side of the story. Patricia stated that she was not going to talk with this officer about anything. However at one point Patricia stated it was a misunderstanding when this officer was talking to Richard. This officer then asked both parties if they had anything further to say before I leave at which time both parties refused to cooperate again.



At around 1:30AM, a man came to the front desk and told me he lost his key to his room 410. I asked him for his I.D. The men gave me his license. The didn't match the room # 410. I told him he wasn't in the computer. The man said he was staying with his buddy. And that the room was in his name. The guest name he gave was Richard Loos. That was the name in the computer. Then I made the key and put it on the counter. Then he asked for a 7:00AM wake-up call. Then he lefted the front desk. After about 20min. the man lefted the hotel with a woman. About 5min. later a man (Richard Loos) came to the front desk holding his head bleeding asking me to call the police. I called 911 the police came and took the man (Richard Loos) to the Hospital by ambulence. It turned out that the man whose said he lost his key to room 410 was the husband of the woman Richard Loos was with. Richard Loos returned to Hotel around 5:15AM, and told me he wanted to speak to the manager, I told him that the manager was not in. Richard Loos then said he will talk to the manager at 11AM when he checks out,

John
auditor
(auditors Express)



RECORDS
DIRECT LINE
(845) 639-5850

POLICE DEPARTMENT
845-639-5800
FAX 845-639-5920

To Serve and Protect
P.O. GORDON MILLER JR.
SHIELD # 233
COMPLAINT # 07-16292
Clarkstown Police Dept.    20 MAPLE AVENUE
NEW CITY, NEW YORK 10956





**COMFORT INN & SUITES (NY188)**

425 EAST ROUTE 59
NANUET, NY 10954 USA
Phone: (845) 623-6000
Fax: (845) 623-9338
comfortinnnanuet@yahoo.com

Account: NY188 - 274327
Date: 06/15/07
Page: 1 of 1
Room: 410    PROMO1
Arrival Date: 06/12/07 17:15
Departure Date: 06/15/07 14:48
Frequent Traveler ID:
You were checked out by: ML
You were checked in by: AB

LOOS, RICHARD

SUITE 150
MANKATO, MN 56001 US
RWLOOS@MYPRINTER.COM

*Invoice # 27052*

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 06/12/07 | CINEMA /PAY MOVIE | CINEMA /PAY MOVIE | 11.99 |
| 06/12/07 | SALES/MISC TAX | SALES/MISC TAX | 1.00 |
| 06/12/07 | ROOM CHARGE | #410 LOOS, RICHARD | 161.10 |
| 06/12/07 | ROOM TAX | ROOM TAX | 13.49 |
| 06/13/07 | ROOM CHARGE | #410 LOOS, RICHARD | 161.10 |
| 06/13/07 | ROOM TAX | ROOM TAX | 13.49 |
| 06/14/07 | ROOM CHARGE | #410 LOOS, RICHARD | 161.10 |
| 06/14/07 | ROOM TAX | ROOM TAX | 13.49 |
| 06/15/07 | DIRECT BILL DUE | DIRECT BILL DUE | -536.76 |
| | | Balance Due: | 0.00 |

If payment by credit card, I agree to pay the above total charge amount according to the card issuer agreement.

x _____

536.76 will be billed to: Account 209
AUDITORS EXPRESS, P.O. BOX 1276, BLOOMFIELD, NJ 07003



**COMFORT INN & SUITES (NY188)**

425 EAST ROUTE 59
NANUET, NY 10954 USA
Phone: (845) 623-6000
Fax: (845) 623-9338
comfortinnnanuet@yahoo.com

Room: 410
Arrival Date: 06/12/07
Departure Date: 06/15/07
Account: NY188 - 274327
Frequent Traveler ID:

Approval Number:
Card Type:
Date: 6/15/2007
Card Number:
Total:

RICHARD LOOS
SUITE 150
MANKATO, MN 56001 US
RWLOOS@MYPRINTER.COM

If payment by credit card, I agree to pay the above total charge amount according to the card issuer agreement.

x _____

Thank you for your business! Book your next reservation on choicehotels.com for the best internet rates guaranteed.



## COMFORT INN & SUITES

425 EAST ROUTE 59
NANUET, NY 10954 USA
Phone: (845) 623-6000
Fax (845) 623-9338
comfortinnnanuet@yahoo.com

| Amount Due | Due Date |
|---|---|
| 536.76 | Upon Receipt |

Account Number: 209
Invoice Number: 27052
Invoice Date: 06/15/07
Page 1 of 1

AUDITORS EXPRESS
P.O. BOX 1276
BLOOMFIELD, NJ 07003

# Invoice

Please call (845) 623-6000 if you should have any questions regarding this statement.

| Post Date | Guest Account | Guest Name | Company Information | Amount |
|---|---|---|---|---|
| 06/15/07 | 274327 | LOOS, RICHARD | TAYLOR CORPORATION | 536.76 |
| | | | Invoice Total: | 536.76 |

AUDITORS EXPRESS
P.O. BOX 1276
BLOOMFIELD, NJ 07003

Please make checks payable to:

**COMFORT INN & SUITES**

| Account Number | Invoice Number | Amount Due | Due Date |
|---|---|---|---|
| 209 | 27052 | 536.76 | Upon Receipt |

Please return this stub with your payment.



## COMFORT INN & SUITES

425 EAST ROUTE 59
NANUET, NY 10954 USA
comfortinnnanuet@yahoo.com

| No. | Date | Code | Comment | Payer | Amount | CR | Act | A/R |
|-----|------|------|---------|-------|--------|-----|-----|-----|
| 1 | 06/12/07 | CN | CINEMA/PAY MOVIE | GUEST | 11.99 auto | | | |
| 2 | 06/12/07 | T2 | SALES/MISC TAX | GUEST | 1.00 auto | | | |
| 3 | 06/12/07 | RM | #410 LOOS, RICHARD | GUEST | 161.10 | AE | | |
| 4 | 06/12/07 | T1 | ROOM TAX | GUEST | 13.49 | AE | | |
| 5 | 06/13/07 | RM | #410 LOOS, RICHARD | GUEST | 161.10 | AE | | |
| 6 | 06/13/07 | T1 | ROOM TAX | GUEST | 13.49 | AE | | |
| 7 | 06/14/07 | RM | #410 LOOS, RICHARD | GUEST | 161.10 | AE | | |
| 8 | 06/14/07 | T1 | ROOM TAX | GUEST | 13.49 | AE | | |
| 9 | 06/15/07 | DB | DIRECT BILL DUE | GUEST | -536.76 | ML | 209 | Y |

Total:    0.00

Account: NY188  274327          Post Conf:                Status: Checked Out        Balance: .00
Stay Information
    Arrival:  05/12/07  Sa           Adults:  1        Rate Plan: PROMO1  PROMO              Room: 410
     Nights:  3                       Child:           Room Type: NSK1           Suppress Rate:
  Departure:  05/15/07  Tu     Number of Rooms:        Room Rate:  116.10
    GTD/CXL: CEO/4P

Guest Information
Frequent Traveler ID:                              Comp/Ch: TAYLOR CORPORATION
        Last Name: LOOS                            Address: SUITE 150
       First Name: RICHARD                    City St ZIP Country: MANKATO            MN 56001        US
          Phone: 888 922-8849                    E-Mail: RWLOOS@MYPRINTER.COM
           Color: SELF                            E-Mail Guest Folio

Guarantee Information                          Tracking                              Options
      Gtd/Pmt: DB      DIRECT BILL              Source: PHONE      Geo: MN           Confirm:
        Deposit:                Due Date:        Track: LEIS      Oper:             Exempt: N
     Credit Card:                  $0.00                                              Vip:
     Card Holder:                               Vehicle:                           No Post:

Associated Accounts                           Notes
        Group:                                 561-368-3101
         A/R: AUDITORS EXPRESS
         T/A1:                       Conf:
         T/A2:                       Conf:

Reserve: 05/11/07   AB  Chg: 00/00/00      In: 05/12/07 17:15   AB   Out: 05/15/07 14:48  ML   Last:

LOOS, RICHARD

Room: 410
Room Type: NSK1

Arrive: 06/12/07
Depart: 06/15/07
Adults: 1
Children: 0

Account
Number:   NY188-274327

Your rate(s) are as follows

| From | To | Rate |
|------|-----|------|
| 6/12/07 | 6/14/07 | 161.00 |

*Additional rate changes apply
Rate Acceptance:
GTD/Payment: VI xxxxxxxxxx6033

Frequent Traveler ID:
Address: SUITE 150
         MANKATO, MN 56001 US
Company: TAYLOR CORPORATION
E-Mail: RWLOOS@MYYPRINTER.COM
Guest ID:
License Plate: _____   State: MN

If payment is by credit card, you are authorized to charge
my account for the total amount due. The undersigned
guest acknowledges all charges are personal
indebtedness.   PLEASE NOTIFY DESK IF USING A
DEBIT CARD, AS ADDITIONAL APPROVALS ARE
ADDED TO CARD & WILL LOOK AS THOUGH A PYMT.

I agree that my liability for this bill is not waived and agree
to be held personally liable in the event that the indicated
person, company, or association fails to pay the full
amount of these charges.
Notes:

Guest Signature:

4808 0170 0230 6033

02/10
RICHARD W LEDS
TAYLOR CORPORATION

COMPANY LOGISTIC
RES T ROUTE 59
MAHOLT NY 10956    061207



Re: confirmation

Covington

Page 1 of 1

From: lorriejcrouch@aol.com
To: RichLoos@aol.com
Subject: Re: confirmation
Date: Mon, 18 Jun 2007 1:19 pm

yes i have received this request, and have 1st forwarded it to the owner and insurance co.  i signed for the police report, but will take approx 48 hrs to receive.

according to the records i have, the incident occurred approx. 1am.

i will be in touch shortly.  and am forwarding pertinent info to my insurance co. i am sorry to hear that you are still not feeling well. i hope you visit your physician for followup.
   when i spoke to the owner he expresssed that he would like to cover all your costs incurred for your injuries etc. and again, it is NOT our policy to allow this sort of thing to happen.  I have been in touch with the company who staffs the late shift, and informed him of the employees necessity for immediate termination.

sincerely,

lorrie crouch
gm.

-----Original Message-----
From: RichLoos@aol.com
To: LorrieJCrouch@aol.com
Sent: Mon, 18 Jun 2007 11:48 am
Subject: confirmation

Lorri,
Please reply to this e-mail to let me know you received my request this morning.
Thank you,
Richard

*Richard Loos*

See what's free at AOL.com.

AOL now offers free email to everyone. Find out more about what's free from AOL at AOL.com.

incident report, etc.

Page 1 of 1

**From:** RichLoos@aol.com
**To:** LorrieJCrouch@aol.com; comfortinnnanuet@yahoo.com
**Subject:** incident report, etc.
**Date:** Mon, 18 Jun 2007 8:43 am

Lorri,

Per our conversation on Friday morning June 15, 2007 regarding the breach of security at your hotel, the Comfort Inn in Nanuet, New York (where you have identified yourself as the manager), regarding your front desk employee turning over my hotel key to a stranger resulting in an unlawful break-in to my room and assaulting me, please forward me a copy of the incident report that you wrote as a result of our discussions.
I would also like to know the when the ambulance and police department were called in to investigate this incident as I have no recollection of the time.
Also, please forward me the name of the owner of your hotel, his law firm and your insurance company.
If there are are any other individuals I need to contact regarding this matter, please return this e-mail and advise me, as I need to contact my law firm with the above information.
Thank you,

*Richard Loos*
Vice President of Sales
Creative Packaging Consultants, Inc.
21596 Casa Monte Ct.
Boca Raton, FL 33433
561-368-3101 office
561-213-3103 mobile

See what's free at AOL.com.



# Explorer Investigation Agency, Inc.

## Established 1964



5/2/07

The Comfort Inn
Ms Lorrie Crouch
425 East Route 59
Nanuet, N.Y. 10954

### RE: SECURITY GUARD SERVICES

Dear Ms. Crouch,

Thank you very much for the opportunity to Introduce Explorer Investigation Agency, Inc. to you.

Explorer Investigation Agency, with over forty years of experience in providing security services is prepared to provide a quality, uninterrupted security program to The Comfort Inn.

We implement and maintain a security program that is entirely consistent with your needs at an acceptable cost. We have a tradition of providing the initiative, hands on involvement, supervision, and accountability you would expect from a contractual guard service.

Upon assignment to any job site, members of our management team will meet with you and or your representative to establish mutually agreed upon rules, and procedures. This meeting will then allow us to develop a job site manual for the facility, assuring you that Explorer Investigation Agency personnel will be prepared and trained for the particular needs of your job site.

We are pleased to have had the opportunity to submit this proposal to you. Explorer is at your disposal for consultation at any time. If there is any further information that you desire, please do not hesitate to contact me at (212) 246-1040. In addition I have also included a copy of our company brochure for your review.

Very Truly Yours,

Anthony G. Negri

## Security Proposal

# Explorer Investigation Agency, Inc.
## Established 1964



*SECURITY SERVICE PROPOSAL*

*FOR*

*THE COMFORT INN*

# Explorer Investigation Agency, Inc.
## Established 1964



Explorer Investigation Agency, Inc. (E.I.A) is pleased to submit a proposal for providing security services to The Comfort Inn.

E.I.A. specializes in furnishing a quality guard service at competitive rates. We are well financed, well staffed, and experienced in servicing the security needs of various types of facilities.

Many factors characterize E.I.A.'s Guard Service. Each is important to the quality of service we render our clients.

## GENERAL PHILOSOPHY

E.I.A.'s approach to security service is to provide assistance in developing, staffing, and operating a sound security program. <u>Client satisfaction is our top priority.</u>

## LICENSE & INSURANCE

Explorer Investigation Agency, Inc. is fully licensed by the New York State Department of State to provide security services in New York State. Also E.I.A. maintains all statutory insurances as required by the New York State Department of State and is a licensed Security Guard Training School.

## UNIFORMS

E.I.A. will meet your appearance standards with each man/woman dressed accordingly, in an E.I.A. police type uniform and or corporate style uniform. Each will also have a distinctive E.I.A. photo I.D. & nametag.

# Explorer Investigation Agency, Inc.
## Established 1964



## ACCOUNT MANAGER

This E.I.A. manager will be directly responsible for the security operations at your facility. He/She will ensure that the security personnel posted at your facility are carrying out their duties properly. Furthermore he/she will be able to be reached in minutes and will respond to all emergencies. **There is no additional charge for the Account Manager.**

## SUPERVISION

Included with our Security Guard Service is our patrol. E.I.A.'s Patrol Supervisors will make unannounced visits so that our security guards may be checked periodically throughout the day and evenings. For clients that have our Security Guards on post, the patrol will assure additional supervision and security. **There is no additional charge for the E.I.A. Patrol.**

## PERSONNEL

E.I.A. security officers are carefully screened and selected in a professional manner on the basis of their character, ability, and work history. Properly trained and uniformed security officers will perform their duties as prescribed to maintain order, deter mischief & crime, to observe, and to report incidents in a professional manner.

## TRAINING

All officers assigned to your facility will have a minimum of (8) eight hours training. This will include and not be limited to; role of a security guard, legal powers and limitations, emergency situations, communications and public relations, access control, report writing, and ethics and conduct, as well as all rules and regulations of E.I.A. and the rules and regulations of The Comfort Inn.

## Security Proposal

# Explorer Investigation Agency, Inc.
## Established 1964



### COURT APPEARANCES

Should our personnel be required to appear to testify in court proceedings as a result of activity at your site, upon your or your insurance company's request, such time will be billed on an hourly basis at the agreed upon rate subject to an eight (8) hour minimum.

### BILLING

The account Manager will have the ultimate responsibility for seeing that The Comfort Inn is invoiced accurately. <u>Billing will be conducted weekly, and is due upon receipt (not to exceed 30 days past due).</u>

### COST ESTIMATE & PLAN OF ACTION

Submitted for approval is the following:

Explorer will provide properly trained and uniformed security officers whom will perform their duties as prescribed and agreed upon in an effort maintain order, and to serve and protect the guests and property of The Comfort Inn.

Explorer will provide a uniformed security officer according to the hours prescribed by The Comfort Inn.

Explorer security officers will maintain a daily log, observe and report any facility problems to management, contact emergency personnel when necessary, and report any and all incidents to Comfort Inn personnel in a proper and professional manner.

Furthermore the account manager will stay in contact with management to review any and all reports, and be available to meet with management when necessary.

The security officers will not only adhere to all rules and regulations of Explorer Investigation Agency, but also, will adhere to and enforce all the rules and regulations of The Comfort Inn.

Security Proposal

# Explorer Investigation Agency, Inc.
## Established 1964



**Unarmed Uniformed Security Officer**                              **$15.00**

The above is based on a per hour per man basis and excludes sales tax and holidays.
Holidays will be billed at time and ½ and include the following days.

New Years Day                    Martin Luther King Jr. Day
Presidents Day                   Memorial Day
Independence Day                 Labor Day
Columbus Day                     Veterans Day
Thanksgiving Day                 Christmas Day

# Explorer Investigation Agency, Inc.
## Established 1964



### *CLOSING STATEMENT*

*Explorer Investigation Agency, Inc. thanks your organization for allowing us to submit this proposal. Striving for client satisfaction is our daily goal. Should you have any questions after reading our presentation, please do not hesitate to call. We want your business and are willing to work hard to earn your continued support.*

**www.explorersecurity.com**

24 HOUR SERVICE

ESTABLISHED 1964

**Explorer Investigation Agency, Inc.**

**601 WEST 51st STREET, NEW YORK, N.Y. 10019**
LICENSED AND BONDED IN THE STATES OF NEW YORK AND NEW JERSEY

PHONE: (212) 246-1040
FAX: (212) 246-1362

RESIDENTIAL SECURITY
SECURITY FOR SHOWS & EXHIBITS
INVESTIGATIVE SERVICES

COMMERCIAL SECURITY
RETAIL SECURITY
BACKGROUND CHECKS

## SERVICE AGREEMENT

CLIENT NAME: *The Comfort Inn*      DATE: 5/8/07

ADDRESS: *425 East Route 59*      STARTING DATE: 5/8/07

*Nanuet NY 10954*

CLIENT CONTACT: *Ms. Lorrie Crouch*      PHONE: 845-304-4637

SCOPE OF SERVICES: *Unarmed Uniformed Security Officer*

LOCATION OF SERVICES: *425 East Route 59 Nanuet NY*

SPECIAL INSTRUCTIONS: *As Prescribed by the Client*

| GUARD RATES | | SUPERVISOR RATES | | HOLIDAY RATES | | EQUIPMENT RATES | |
|---|---|---|---|---|---|---|---|
| Regular | Overtime | Regular | Overtime | Regular | Overtime | Security Sign | |
| $15.00 | $ | $ | $ | $22.50 | $ | $ | $ |
| $ | $ | $ | $ | $ | $ | $ | $ |
| $ | | $ | $ | | | | |

PATROL STOP $

HOLIDAYS: New Year's Day, President's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving, Christmas, other *Martin Luther King Jr. Day, Columbus Day, Veterans Day*

Billing rates for additional equipment and extraordinary coverage (i.e. strike coverage, executive protection, etc.) shall be as agreed upon in writing by the parties. Increases due to changes in federal, state or local laws or taxes (e.g., wage and labor laws, FICA and federal and state withholding taxes) or events beyond the control of the parties will be passed directly through to Client.

RETAINER: $_____ TO BE PAID PRIOR TO COMMENCEMENT OF SERVICES. ALL APPLICABLE SALES AND USE TAXES BE ADDED TO EACH INVOICE. ALL INVOICES PAYABLE UPON RECEIPT.

### PLEASE READ CAREFULLY.

THE TERMS AND CONDITIONS ON BOTH SIDES OF THIS DOCUMENT ARE BINDING ON THE PARTIES TO THIS AGREEMENT.

CLIENT *The Comfort Inn*

BY:

PRINT NAME:

TITLE:

*Explorer Investigation Agency*

BY:

PRINT NAME: *Anthony Negri*

TITLE: *President*

**Explorer Investigation Agency Inc.**
601 West 51st Street
New York, NY 10019
(212) 246-1040    Fax: (212) 246-1362

# Invoice

THE COMFORT INN
MS. LORRIE CROUCH
425 EAST ROUTE 59
NANUET NY 10954

Period: 06/11/2007 - 06/17/2007

Invoice #: 0000026416
Invoice Date: 06/18/2007          Page: 1

Customer Id: 07-176

Terms: Due Upon Receipt

| Work Date | Start & End Time | Employee Name | Unit | Rate | Amount |
|---|---|---|---|---|---|
| 06/13/2007 | 10:15 PM - 06:00 AM | Hernandez, Cruz | Hourly    7.75RG | 15.0000 | 116.25 |
| 06/14/2007 | 10:00 PM - 06:00 AM | Hernandez, Cruz | Hourly    8.00RG | 15.0000 | 120.00 |
|  |  |  | NYS Sales Tax    236.25 | 8.3750% | 19.79 |

| Reg Hrs: | 15.75 | Dbl Hrs: | 0.00 | Reg Amt: | 236.25 | Dbl Amt: | 0.00 |  |  |
|---|---|---|---|---|---|---|---|---|---|
| Ovt Hrs: | 0.00 |  |  | Ovt Amt: | 0.00 | Misc Amt: | 0.00 | Total: | 256.04 |



# Security Report

**Employee Name:** Cruz Hernandez    **Date:** 6/16/07

| Time | |
|------|-----|
| 1220 | desk call to told me take out customers to take a look at room 202 |
| 1235 | Clean-1.nd Floor 2.nd Floor parking lobbys pool F.C. room Laundry room Hallway all out side exit doors secured. |
| 1245 | Clean 3.nd Floor 4.nd Floor Hallway stairway all secured. |
| 0135 | Clean 1.nd Floor 2.nd Floor parking lobbys pool F.C. Room Laundry Room Hallway all outside exit doors secured. |
| 0145 | Clean 3.nd Floor 4.nd Floor Hallway stairway all secured. |
| 0150 | I was on patrol Clean in the building and making lot I notice police and Em.s. on ~~the~~ the site police when in lobby I able ask he told me it was a fight in room 910 2.nd Floor |
| 0235 | Clean-1.nd Floor 2.nd Floor parking lobbys pool F.C. room Laundry room Hallway all side exit doors all secured. |

Look at the back paper.

0250 - 3.Nd Floor 4.Nd Floor Hallway
    Stairway all secured.

0335 - Chean - 1.Nd Floor 2.Floor
    parking Hallway Laundry Room
    Lobbys all secured.

0350 - Chean - 1.Nd Floor 2.Floor Hallway
    Stairway all secured.

0435 - 1.Nd Floor 2.Nd Floor Hallway
    Chean Lobbys Lanudry Room parking
        All Outside Exit Doors secured

0450 Chean - 3.Floor 4.Floor Hallway
    Stairway all secured.

0545 - Chean - 1.Floor parking lot
    secured Lobby Room open
        Lobby Doors Open
        Eiev - going down open
            Off duty

0600

Detailed Security Report                                    Date: _6/14/07_

| Time | Regular Incidents |
|------|-------------------|
|      |                   |
|      |                   |
|      |                   |
|      |                   |
|      |                   |
|      |                   |
|      |                   |

| Time | Building Incidents |
|------|--------------------|
|      |                    |
|      |                    |
|      |                    |
|      |                    |
|      |                    |
|      |                    |
|      |                    |

| Doors Secure | Shift Start | Time | Time | Time | Time | Time | Time | Time |
|---|---|---|---|---|---|---|---|---|
| New Building - Side Entrance | 2220 | 2345 | 1245 | 0145 | 0250 | 0350 | 0450 | |
| New Building - Loading Dock | ✓ | ✓ | | ✓ | | ✓ | ✓ | |
| "A" Entrance | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| "B" Entrance | Closed | ✓ | ✓ | ✓ | ✓ | | | |
| "C" Entrance | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Laundry Door | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Guest Rooms | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Restaurant | open | Closed | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Meeting Rooms | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Laundry Chutes | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Clubhouse | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | |
| ATM | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | |

4