



Since 1946

# JASPAN SCHLESINGER HOFFMAN LLP

ATTORNEYS AT LAW

1946 – 2006 60 YEARS OF EXCELLENCE

ROBERT LONDIN
Partner
(516) 393-8264
rlondin@jshllp.com

300 GARDEN CITY PLAZA • GARDEN CITY, NEW YORK 11530
TELEPHONE 516.746.8000 • FAX 516.393.8282
www.jshllp.com

DELAWARE OFFICE
913 North Market Street
Wilmington, DE 19801
Telephone 302.351.8000
Fax 302.351.8010

December 6, 2006

**VIA FACSIMILE (845) 623-9338**

Comfort Inn and Suites
425 East Route 59
Nanuet, New York USA 10954
Attn: Manager

Dear Sir or Madam:

I stayed at your Comfort Inn and Suites this past Friday and Saturday (December 1st and 2nd). Although our stay was otherwise pleasant, I am writing to inform you that I sustained an injury in your temporary exercise room riding your recumbent bike.

The recumbent bike jammed during my exercise session and injured my right knee. I do not know the extent of the injury at this time.

However, please take this letter as my recommendation that you have the equipment evaluated and repaired so that others do not sustain a similar (or other) injury.

Very truly yours,

ROBERT LONDIN

RL/lmc

RXL/D524664v1/MVC

NANUET COMFORT INN & SUITES

BY CHOICE HOTELS

December 14, 2006

Mr. Robert Londin, Esq.
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

Dear Mr. Londin:

I am writing in regards to the letter I received from you informing me of the problem you experienced in our gym. I want to thank you for bringing it to my attention, as we have never had a problem with our recumbent bike previously. We do have a company that services our equipment and will gladly take up your recommendation regarding having it evaluated and repaired if necessary, for the safety of others.

I also thank you for your kind comment regarding your stay at our inn. If I can be of any further assistance, please do not hesitate to call.

Sincerely,

Lorrie J. Crouch
General Manager

425 East Route 59
At Rose Road & Route 59
Nanuet, NY 10954
Phone 845.623.6000 Fax 845.623.9338
Reservations Only 1.800.4.NANUET
For reservations worldwide: 800.4CHOICE™ choicehotels.com



Account: 252165

Status: Checked Out

Arrival: 12/01/06

Departure: 12/03/06

Rate Plan: GROUP GROUP

Room Type: NSK

Room Rate: 139.00

Last Name: LONDIN

First Name: CARA

Phone: 516-625-8979

Caller: SELF

Comp/Chi: NEW CITY JEWISH CENTER

Address: 60 DIANAS TRAIL

City St ZIP Country: ROSLYN NY 11576 US

Gtd/Pmt: VI VISA

Credit Card: ************3895 04/07

Card Holder: LONDIN/CARA I

Source: GROUP

Geo: NY

Track: BAR

Vehicle: 91780YZ

Exempt: N

Group: ZEDECK MELISSA BAT-MITZVA

GIVE GIFT BOX WITH GUEST NAME.
GUEST ADVISED OF NO POOL



PROPERTY & CASUALTY CLAIMS DEPARTMENT

P.O. Box 647, 101 JFK Parkway, Short Hills, New Jersey 07078-0647
Phone 973-467-0444 • Toll-Free 800-526-1379 • Fax 973-921-2876
Web Site: www.BollingerInsurance.com

December 19, 2006

Comfort Inn - Nanuet
425 East Route 59
Nanuet, NY 10954

Re:

| | |
|---|---|
| Insured: | Comfort Inn - Nanuet |
| Loss Location: | 425 East Rt. #59<br>Nanuet, NY |
| Policy Number: | S1484818 |
| Date of loss: | 12/2/06 |
| Claimant: | Robert Londin |
| Type of Loss: | Liability/Record Purposes |

Dear Lorrie Crouch:

Please be advised that we have received notice of the above captioned claim. We have reported the matter to Selective Ins Co of America for proper handling.

An adjuster from Selective Ins Co of America will be contacting you shortly. If you have any questions or if you wish to discuss this matter in the interim, please do not hesitate to contact me.

Very truly yours,

Jeanie Aronson
Sr.Claims Representative
Bollinger Inc.
(973) 467-8005 Ext. 8241

RECEIVED DEC 22



SELECTIVE INSURANCE
40 Wantage Avenue
Branchville, New Jersey 07890
1-800-777-9656

December 19, 2006

Palisades Lodging Corp T/a Comfort Inn- Nanuet Rockland
425 E Route 59
Nanuet, NY 10954-2908

RE: INSURED: Palisades Lodging Corp T/a Comfort Inn- Nanuet Rockland
CLAIMANT: Robert Londin, Atty
CLAIM NUMBER: 20618941
DATE OF LOSS: 12/2/2006
POLICY NUMBER: S1484818
AGENT NUMBER: 00-01502-00000

Dear Policyholder:

This letter is sent to acknowledge receipt of your recent claim. This loss was reported to us on 12/19/2006.

If you have not been contacted regarding this claim please contact me at the number listed below. If your claim has already been settled there is no need to contact us.

Thank you.

Sincerely,

David Koch
PO Box
New City, NY 10956
(845) 639-5326

REGIONAL OFFICE
40 Wantage Avenue
Branchville, NJ 07890-1000
(973) 948-3000
(800) 777-9656

RECEIVED
DEC 22

Millie

Could you send info re. that lawyer who was injured on the bike —

Send to Bollinger Attn Barb. Hancock —

Roy has address if needed —

Please call "Flash" for Sue

Need something in writing ~~stg~~ stating what's ~~happ~~ up —

Recumbent Bike

Thomas

201 398-0331

UNITED LAWYER

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

---X

ROBERT LONDIN,

Plaintiff,

-against-

PALISADES LODGING CORPORATION,

Defendant.

---X

Index No. 018393/07

Date Filed: 10/15/07

Plaintiff designates Nassau County as the Place of Trial

**SUMMONS**

The basis of venue is Plaintiff's residence

Plaintiff resides at
60 Diana's Trail, Roslyn, NY

To the above named Defendants

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with the summons, to serve a notice of appearance, on Plaintiff's Attorney's within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, New York
October 3, 2007

RICH & RICH, P.C.
Attorneys for Plaintiffs
30 Vesey Street, Suite 1400
New York, NY 10007
(212) 406-0440

By: ____________
JEFFREY M. RICH

Defendant's address:
c/o Sec'y of State of New York

RECEIVED
OCT 15 2007
NASSAU COUNTY
COUNTY CLERK'S OFFICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

---------------------------------------------------------------X

ROBERT LONDIN,

Plaintiff,

-against-

PALISADES LODGING CORPORATION,

Defendant.

---------------------------------------------------------------X

VERIFIED COMPLAINT

Index # 019393/07

RECEIVED
OCT 15 2007
NASSAU COUNTY
COUNTY CLERK'S OFFICE

Plaintiff, by his attorneys, RICH & RICH, P.C., complaining of the defendants herein, alleges as follows upon information and belief:

1. That at all times hereinafter mentioned, defendant was and is a domestic corporation organized and existing under and by virtue of the laws of the State of New York.

2. That all times hereinafter mentioned, defendant was doing business as Comfort Inn and Suites.

3. That at all times hereinafter mentioned, defendant was the owner of the premises known as Comfort Inn and Suites, 425 East Route 59, Nanuet, New York.

4. That at all times hereinafter mentioned, the aforesaid premises contained a fitness center with exercise equipment for the use of its guests.

5. That on the 1st day of December, 2006, a temporary fitness center was in use at the

aforesaid premises.

6. That at all times hereinafter mentioned, defendant, its agents, servants and/or employees, operated the premises known as Comfort Inn and Suites, 425 East Route 59, Nanuet, New York, including the aforesaid temporary fitness center.

7. That at all times hereinafter mentioned, defendant, its agents, servants and/or employees, managed the premises known as Comfort Inn and Suites, 425 East Route 59, Nanuet, New York, including the aforesaid temporary fitness center.

8. That at all times hereinafter mentioned, defendant, its agents, servants and/or employees, maintained the premises known as Comfort Inn and Suites, 425 East Route 59, Nanuet, New York, including the aforesaid temporary fitness center and the exercise equipment located therein.

9. That at all times hereinafter mentioned, defendant had a duty to maintain the aforesaid premises and more particularly, the aforesaid temporary fitness center and the exercise equipment located therein, in a reasonably safe condition.

10. That at all times hereinafter mentioned, defendant, its agents, servants and/or employees, controlled the premises known as Comfort Inn and Suites, 425 East Route 59, Nanuet, New York, including the aforesaid temporary fitness center and the exercise equipment located therein.

11. That on the 1st day of December, 2006, plaintiff was a fee paying guest of the

aforesaid Comfort Inn and Suites hotel.

12. That on the 1st day of December, 2006, in the temporary fitness center of Comfort Inn and Suites, 425 East Route 59, Nanuet, New York, claimant was injured when the exercise bicycle on which he was riding malfunctioned.

13. That the aforesaid occurrence was due to the negligence of the defendant, its agents, servants and/or employees in the ownership, operation, management, maintenance and control of the premises known as Comfort Inn and Suites, 425 East Route 59, Nanuet, New York, New York, including the temporary fitness center and the exercise equipment located therein; in causing, permitting and allowing the aforesaid premises, and more particularly an exercise bicycle in the exercise facility located thereat, to become and remain in a dangerous, defective and hazardous condition following receipt of both actual and constructive notice thereof; and in that it was careless, reckless and negligent in other respects.

14. That as a result of the aforesaid occurrence, plaintiff, sustained severe and serious personal injuries accompanied by pain and anguish; he required hospital, surgical and medical care for the treatment of his said injuries; he was unable to attend to his usual vocation and activities; and, upon information and belief, his injuries are permanent in nature.

15. That as a result of the negligence of defendant, its agents, servants and/or

employees as aforesaid, plaintiff has sustained damages in an amount which exceeds the jurisdiction of all lower courts which might otherwise have jurisdiction herein.

WHEREFORE, plaintiff demands judgment against defendant in such sums as a jury would find fair, adequate and just.

RICH & RICH, P.C.
Attorneys for Plaintiff
30 Vesey Street
New York, N.Y. 10007
(212) 406-0440

By: ________________
JEFFREY M. RICH

The undersigned, an attorney admitted to practice before the Courts of the State of New York, hereby affirms, under the penalty of perjury, as follows:

That I am attorney for the plaintiff(s) herein.

That I have read the foregoing complaint and know the contents thereof; that the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters, I believe it to be true.

The grounds for affirmant's knowledge and belief as to all matters therein stated are documents in the possession of plaintiff(s) attorneys and reports of investigations made in this case, and conversations with the plaintiff.

The reason this affirmation is made by the undersigned and not by the plaintiff(s) is that plaintiff(s) reside(s) outside the County wherein I have my office.

Dated: New York, New York
October 3, 2007

JEFFREY M. RICH

NOTICE OF ENTRY

PLEASE take notice that the within is a (*certified*) true copy of a duly entered in the office of the clerk of the within named court on

Dated,

Yours, etc.
**RICH & RICH, P.C.**
*Attorneys for*

*Office and Post Office Address*
30 VESEY STREET
NEW YORK, N.Y. 10007

To

Attorney(s) for

NOTICE OF SETTLEMENT

PLEASE take notice that an order

of which the within is a true copy will be presented for settlement to the Hon.

one of the judges of the within named Court, at

on
at M.
Dated,

Yours, etc.
**RICH & RICH, P.C.**
*Attorneys for*

*Office and Post Office Address*
30 VESEY STREET
NEW YORK, N.Y. 10007

To

Attorney(s) for

Index No. Year

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

~~200710~~0240 4/9/07

ROBERT LONDIN,

Plaintiff,

-against-

PALISADES LODGING CORPORATION,

Defendant.

SUMMONS AND VERIFIED COMPLAINT

Signature (Rule 130-1.1-a)

Print name beneath JEFFREY M. RICH

**RICH & RICH, P.C.**
*Attorneys for* PLAINTIFF

*Office and Post Office Address, Telephone*
30 VESEY STREET
NEW YORK, N.Y. 10007
(212) 406-0440

To

Attorney(s) for 200710240

Service of a copy of the within is hereby admitted.
Dated

4B

SERVICO 35

Attorney(s) for

1300 - BlumbergExcelsior Inc. NYC 10013

JASPAN SCHLESINGER HOFFMAN LLP

ATTORNEYS AT LAW

300 Garden City Plaza
Garden City, New York 11530-3324
Tel: (516) 746-8000
Fax: (516) 393-8282

IF YOU DO NOT RECEIVE THE TOTAL TRANSMISSION PLEASE CALL (516) 746-8000, EXT. 424

FACSIMILE TRANSMITTAL SHEET

## - PLEASE DELIVER IMMEDIATELY -

| TO: | FROM: |
|---|---|
| Manager | Robert Londin, Esq. |
| COMPANY: | DATE: |
| Comfort Inn and Suites | 12/8/2006 |
| FAX NUMBER: | TOTAL NO. OF PAGES, INCLUDING COVER: |
| 845-623-9338 | 2 |
| PHONE NUMBER: | MATTER NUMBER: |
| 845-623-6000 | 999999 |

RE:

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

COMMENTS/INSTRUCTIONS: SENT BY:________ DATE: 12/8/2006 TIME:________

Please see attached. Thank you.

THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL

December 14, 2006

Mr. Robert Londin, Esq.
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY  11530

Dear Mr. Londin:

I am writing in regards to the letter I received from you informing me of the problem you experienced in our gym. I want to thank you for bringing it to my attention, as we have never had a problem with our recumbent bike previously. We do have a company that services our equipment and will gladly take up your recommendation regarding having it evaluated and repaired if necessary, for the safety of others.

I also thank you for your kind comment regarding your stay at our inn. If I can be of any further assistance, please do not hesitate to call.

Sincerely,


Lorrie J. Crouch
General Manager



Since 1946

JASPAN SCHLESINGER HOFFMAN LLP

ATTORNEYS AT LAW

1946 – 2006 60 YEARS OF EXCELLENCE

ROBERT LONDIN
Partner
(516) 393-8264
rlondin@jshllp.com

300 GARDEN CITY PLAZA • GARDEN CITY, NEW YORK 11530
TELEPHONE 516.746.8000 • FAX 516.393.8282
www.jshllp.com

DELAWARE OFFICE
913 North Market Street
Wilmington, DE 19801
Telephone 302.351.8000
Fax 302.351.8010

December 6, 2006

**VIA FACSIMILE (845) 623-9338**

Comfort Inn and Suites
425 East Route 59
Nanuet, New York USA 10954
Attn: Manager

Dear Sir or Madam:

I stayed at your Comfort Inn and Suites this past Friday and Saturday (December 1st and 2nd). Although our stay was otherwise pleasant, I am writing to inform you that I sustained an injury in your temporary exercise room riding your recumbent bike.

The recumbent bike jammed during my exercise session and injured my right knee. I do not know the extent of the injury at this time.

However, please take this letter as my recommendation that you have the equipment evaluated and repaired so that others do not sustain a similar (or other) injury.

Very truly yours,

ROBERT LONDIN

RL/lmc

RXL/D524654v1/M/C

Account: 252165 Host Conf
Status: Checked Out
Balance: .00
Stay Information
Arrival: 12/01/06 Fri
Nights: 2
Departure: 12/03/06 Sun
GTD/CXL GTD/24H
Adults: 2
Child: 2
Number of Rooms: 1
Rate Plan: GROUP GROUP
Room Type: NSK
Room Rate: 139.00
Room: 304
Suppress Rate
Guest Information
Frequent Traveler ID
Last Name: LONDIN
First Name: CARA
Phone: 516-625-8979
Caller: SELF
Company: NEW CITY JEWISH CENTER
Address: 60 DIANAS TRAIL
City St ZIP Country: ROSLYN NY 11576 US
E-Mail
E-Mail Guest Folio
Guarantee Information
Gtd/Pmt: VI VISA
Deposit
Credit Card: ************3895 04/07
Due Date $0.00
Card Holder: LONDIN/CARA I
Tracking
Source: GROUP
Geo: NY
Track: BAR
Other
Vehicle: 91780YZ
Options
Confirm
Exempt: N
VIP
No Post
Associated Accounts
Group: ZEDECK MELISSA BAT-MITZVA
A/R
T/A
T/A 2
Comm
Comm
Notes
GIVE GIFT BOX WITH GUEST NAME.
GUEST ADVISED OF NO POOL
Reserve: 09/01/06 KW CXL 00/00/00
In: 12/01/06 21:33 AB
Out: 12/03/06 13:10 LG
Last