



**SELECTIVE®**

1-23-08

Selective Insurance Company of America
David Koch
PO Box 753
New City, NY 10956
Phone#: 845-639-5326
Fax#: 845-639-5327
david.koch@selective.com

Sent Certified Mail/Return Receipt

Palisades Lodging Corp dba Comfort Inn - Nanuet
425 East Rte 59
Nanuet, NY 10954

RE:  Insured:   Palisades Lodging Corp dba Comfort Inn - Nanuet
     Claimant:  Nicole Simpson
     Claim#:    20701922
     D/L:       10-6-06
     Pol#:      S1484818

## RESERVATION OF RIGHTS

Dear Policyholder:

We acknowledge receipt of the above listed loss, received on 10-5-07 from your agent, Bollinger Inc, under policy, # S-1484818 with effective dates of 10/1/2006 to 10/1/2007, requesting that Selective Insurance Company of America(herein "Selective"), provide coverage for Palisades Lodging Corp dba Comfort Inn - Nanuet.

In reviewing this Commercial Property policy, S-1484818, we have some concerns regarding whether this insurance will provide coverage for this loss. Therefore, we need to advise you of our coverage concerns at this time.

Please refer to the pertinent forms found in the policy, specifically CG 00 01 10/2001, which states;

*SECTION IV — COMMERCIAL GENERAL LIABILITY CONDITIONS, which states;*

*2. Duties In The Event Of Occurrence, Offense, Claim Or Suit*

*a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense, which may result in a claim. To the extent possible, notice should include:*

*(1) How, when and where the "occurrence" or offense took place;*
*(2) The names and addresses of any injured persons and witnesses; and*
*(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.*
*b. If a claim is made or "suit" is brought against any insured, you must:*
*(1) Immediately record the specifics of the claim or "suit" and the date received; and*
*(2) Notify us as soon as practicable. You must see to it that we receive written notice of the claim or "suit" as soon as practicable.*

*d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.*

Next, please refer to the pertinent forms found in your ElitePac General Liability Extension, specifically CG7202 07/2005, which states;

*Knowledge Of Occurrence, Claim, Suit Or Loss*

*The requirements for reporting and sending claim or "suit" information to us, including provisions related to the subsequent investigation of such claims or "suits", under Duties In The Event Of Occurrence, Offense, Claim Or Suit do not apply until after the "occurrence" or offense is known to:*
*1. You, if you are an individual;*
*2. A partner, if you are a partnership;*
*3. An "executive officer" or insurance manager, if you are a corporation;*
*4. Your members, managers or insurance manager, if you are a limited liability company; or*
*5. Your elected or appointed officials, trustees, board members, or your insurance manager if you are an organization other than a partnership, joint venture, or limited liability company.*

Next please refer to your policy form CXL 4 04/2003 Commercial Umbrella Liability Coverage which states:

*C. Duties In The Event Of Occurrence, Claim Or Suit*
*1. You must see to it that we are notified as soon as practicable of an "occurrence" or An offense which may result in a claim. To the extent*

possible, notice should include:

a. How, when and where the "occurrence" or offense took place;

b. The names and addresses of any injured persons and witnesses; and

c. The nature and location of any injury or damage arising out of the "occurrence" or offense.

2. If a claim is made or "suit" is brought against any insured, you must:

a. Immediately record the specifics of the claim or "suit" and the date received; and

b. Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

3. You and any other involved insured must:

a. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

b. Authorize us to obtain records and other information;

c. Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

d. Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

4. No insureds will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense other than for first aid, without our consent.

In summary, since the loss occurred on October 6, 2006, and was not reported to Selective until October 5, 2007, we have an issue with regards to timely notice as outlined in the conditions of your policies. Selective hereby reserves its right to possibly deny coverage for this loss, based on the previous policy language.

We must further advise you that this reservation of rights letter does not constitute, and is not intended, as a waiver of any other rights, or terms, conditions, definitions, or exclusions in the policy contract. This also does not waiver any rights you have under the policy contract as well.

You also have the right to employ legal counsel of your own choice, at your own expense, to protect your interests in this matter.

Please be advised that we will proceed with the investigation of this matter. Please

understand that our investigation of this case does not mean we are providing coverage. We still need to determine if there is coverage for this matter.

We will advise you, as soon as we have enough information, regarding whether we will provide coverage, in whole or in part, for this case.

If you have any questions please feel free to contact me.

Sincerely,

David Koch
Claims Management Specialist

CC:  Bollinger, Inc., 101 JFK Parkway, Short Hills, NJ 07078



**SELECTIVE**
*Insurance*

SELECTIVE INSURANCE
40 Wantage Avenue
Branchville, New Jersey 07890
1-800-777-9656

October 5, 2007

Palisades Lodging Corp T/a Comfort Inn- Nanuet Rockland
425 E Route 59
Nanuet, NY 10954-2908



llllll...lll...ll.l...l.l.l.llll.ll.ll..l.l..ll.l.l.l.ll.l

RE:     INSURED:      Palisades Lodging Corp T/a Comfort Inn- Nanuet Rockland

        CLAIMANT:     NICOLE SIMPSON

        CLAIM NUMBER: 20701922

        DATE OF LOSS: 10/6/2006

        POLICY NUMBER: S1484818

        AGENT NUMBER: 00-01502-00000

Dear Policyholder:

This letter is sent to acknowledge receipt of your recent claim.  This loss
was reported to us on 10/05/2007.

If you have not been contacted regarding this claim please contact me at the number
listed below.  If your claim has already been settled there is no need to contact us.

Thank you.

Sincerely,


David Koch
PO Box 753
New City, NY 10956
(845) 639-5326

REGIONAL OFFICE
40 Wantage Avenue
Branchville, NJ 07890-1000
(973) 948-3000
(800) 777-9656



**Comfort**
INN & SUITES ®

BY CHOICE HOTELS

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Gail Pastushenko | Lorrie J. Crouch, General Manager |
| **COMPANY:** | **DATE:** |
| Bollinger | 10/05/07 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| 973.921.2876 | - 16 - |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
| 973.467.0444 | |
| **RE:** | **YOUR REFERENCE NUMBER:** |
| Incident Report – Nicole Simpson | |

☑ URGENT　　☑ FOR REVIEW　　☐ PLEASE COMMENT　　☐ PLEASE REPLY　　☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

As per our conversation, please see attached claim.  If you have any questions, please call.

Thank you,

Lorrie J. Crouch

Yahoo! Mail - comfortinnnanuet@yahoo.com                               Page 1 of 1

# YAHOO! MAIL
### Classic

Print - Close Window

| | |
|---|---|
| **Subject:** | RE: Ltr from Nicole Simpson re 10/06/06 Incident |
| **Date:** | Thu, 4 Oct 2007 10:19:41 -0400 |
| **From:** | "Jeff Weinberger" <jeff@caliberbuilders.com> |
| **To:** | "Comfort Inn & Suites - Nanuet" <comfortinnnanuet@yahoo.com> |

Send this to our insurance carrier.  I will not reimburse the room nights.

---

**From:** Comfort Inn & Suites - Nanuet [mailto:comfortinnnanuet@yahoo.com]
**Sent:** Thursday, October 04, 2007 10:09 AM
**To:** Jeff Weinberger
**Subject:** Ltr from Nicole Simpson re 10/06/06 Incident

Attached please find letter received today (via Fedex).  Please review and advise, would like to send it to insurance.

Thank you,

Lorrie


Comfort Inn & Suites
425 East Route 59
Nanuet , NY  10954
845 623-6000 Phone
845 623-9338 Fax

---

Shape Yahoo! in your own image. Join our Network Research Panel today!



October 1, 2007

To whom it may concern:

My name is Rosalind W. Simpson, my daughter, Nicole N. Simpson and I were guest at your hotel from October 4 - 7, 2006. During our stay Nicole was injured on that Friday October 6th, when the housekeeping lady sucked up the cell phone charger (which was plugged up into the lamp) with the vacuum cleaner. The base of the charger slammed across the top of Nicole's foot several times uncontrollably, injuring the top of Nicole's foot. Nicole was five months pregnant at the time and only wanted to be seen by her doctor in Virginia.

I talked with a hotel employee (Lorrie Crouch) by phone on October 12, 2006 telling her Nicole went to the doctor on October 11, 2006. I was told to send medical report and bills.

After original x-rays were taken and different methods of treatment suggested, Nicole continued to have problems with swelling and pain on the top of her right foot. Second x-rays were taken and Nicole was sent to an orthopedic specialist. As of 10-1-07 Nicole continues to have soreness and swelling and is unable to wear certain shoes if they go across the injured part of her foot.

We would like to be reimbursed for our stay at your hotel because we were not able to continue the business we had come for and had to return again later staying at the Hilton Garden. We would also like to be reimbursed for doctor bills and continued doctor visits and treatments that may be needed. Nicole would like to be compensated for her pain and suffering. She still has a fear of vacuum cleaners due to the trauma she experienced.

We would like to discuss a fair settlement. We can be reached at (540) 400-0429 or by mail at 1048 Grove Lane Roanoke, VA 24012

Sincerely,

Rosalind Simpson

Nicole Simpson

**Carilion Family Med.    .o - Roanoke-Salem**
1314 Peters Creek Road NW
Roanoke, VA 24017
(540) 562-5700  Fax: (540) 562-4278

February 6, 2007

NICOLE N SIMPSON
1048 GROVE LANE NW
ROANOKE, VA  24012

re: NICOLE N SIMPSON
1048 GROVE LANE NW
ROANOKE, VA  24012

To whom it may concern:

After her injury while at your hotel in early October 2006, Ms. Simpson continues to have focal foot pain and notable swelling of the pain despite 3 months of relative rest and altered shoe-wear. We recently repeated a foot xray which did not show evidence of missed fracture. I'm concerned that her fore-foot joint was disrupted at the time of this injury and am recommending that she see an orthopedic surgeon for an opinion on what may improve her symptoms.  She is currently in her third trimester of pregnancy. I recommend that she see the orthopedic surgeon after her delivery. We will keep you updated on her status.

Sincerely,

Mary Gayle Sweet, M.D.

CARILLION ROANOKE SALEM

☐ North ☐ Vinton ☐ Botetourt

| PATIENT NAME (LAST) | (FIRST) | (MIDDLE) | DATE OF BIRTH | AGE | SEX |
|---|---|---|---|---|---|
| SIMPSON, NICOLE N. | | | 8/30/84 | 22 | F |

PARENT OR GUARDIAN

ADDRESS STREET ROUTE-BOX  TOWN-CITY  STATE  ZIP  TELEPHONE NO.
1048 GROVE LANE ROANOKE, VA. 24012  400-0429

EXAMINATION  RIGHT FOOT

| DATE OF EXAM | ROOM NUMBER | HOSPITAL NO. | REFERRING PHYSICIAN |
|---|---|---|---|
| 10/11/06 | | | DR. GREENAWALD |

| COMMERCIAL INSURANCE | CONTRACT NO. | MEDICARE AND/OR MEDICAID |

BLUE CROSS NO. & PLAN

RESPONSIBLE PARTY & EMPLOYER  CURRENT DIAGNOSIS

CHARGE CODE NO.  CLINICAL INFORMATION
BLUNT TRAUMA TO FOOT

57-0820  FILM JACKET LABEL  mhb  Technologist 07/16/06 Date

---

Medicenters  R/S 5687  Family Medical Centers

CARILLION ROANOKE SALEM

☐ North ☐ Vinton ☐ Botetourt

| PATIENT NAME (LAST) | (FIRST) | (MIDDLE) | DATE OF BIRTH | AGE | SEX |
|---|---|---|---|---|---|
| SIMPSON, NICOLE N. | | | 8/30/84 | 22 | F |

PARENT OR GUARDIAN

ADDRESS STREET ROUTE-BOX  TOWN-CITY  STATE  ZIP  TELEPHONE NO.
1048 GROVE LANE N.W. ROANOKE, VA. 24012  4---0429

EXAMINATION  RIGHT FOOT

| DATE OF EXAM | ROOM NUMBER | HOSPITAL NO. | REFERRING PHYSICIAN |
|---|---|---|---|
| 1/5/07 | | | DR. SWEET |

| COMMERCIAL INSURANCE | CONTRACT NO. | MEDICARE AND/OR MEDICAID |

BLUE CROSS NO. & PLAN

RESPONSIBLE PARTY & EMPLOYER  CURRENT DIAGNOSIS

CHARGE CODE NO.  CLINICAL INFORMATION
PERSISTENT PAIN

57-0820  FILM JACKET LABEL  mhb  1/5/07
Technologist  Date

**Carilion Family Medicine - Roanoke-Salem**
1314 Peters Creek Road NW  Roanoke, VA 24017
(540) 562-5700  Fax: (540) 562-4278

November 17, 2006
Page 3
Chart Document

| | |
|---|---|
| **NICOLE N SIMPSON**<br>DOB: 08/30/1984<br>Female | Home: (540)400-0429<br>Work: (540)793-0384X<br>XXX-XX-7872 |

..............................................MaryBeth Sweet MD  November 17, 2006 1:34 PM

....................................MaryBeth Sweet MD

**Allergies**
NAPROSYN (NAPROXEN)
* RED DYE

**Problems Assessed**
Assessed FOOT PAIN, RIGHT as unchanged - MaryBeth Sweet MD
Assessed SUPERVISION, NORMAL FIRST PREGNANCY as unchanged - MaryBeth Sweet MD

**Rosp:** 16

Signed by MaryBeth Sweet MD on 11/17/2006 at 1:36 PM

**Carilion Family Medicine - Roanoke-Salem**
1314 Peters Creek Road NW Roanoke, VA 24017
(540) 562-5700 Fax: (540) 562-4278

November 17, 2006
Page 2
Chart Document

**NICOLE N SIMPSON**
DOB: 08/30/1984
Female

Home: (540)400-0429
Work: (540)793-0384X
XXX-XX-7872

**2nd trimester comments:** discussed back health, mental health, social supports, plans for breastfeeding, birth classes

## Pregnancy History
**Total Preg.: 1**

## HISTORIES
**Allergies:**
NAPROSYN (NAPROXEN)
* RED DYE

## Physical Exam
**Fundal Ht:** 26
**FHT:** 140's
**Extremities:** R foot with focal swelling and tenderness over dorsal 3-5th proximal metatarsals; focal tenderness over perilumbar back muscles

## Pregnancy Dating
**LMP:** 05/16/2006
**EDC by LMP:** 02/20/2007
**EGA by LMP:** 26W3D
**Date 1st US:** 07/20/2006
**EGA at 1st US:** 10W1D
**EDC by st US:** 02/14/2007
**EGA by 1st US:** 27W2D
**Working EDC:** 02/20/2007
**Working EGA:** 26W3D

## Pregnancy History
**Total Preg.: 1**
## Exam
**EGA:** 26W3D
**Fundal Ht:** 26
**FHT:** 140's
**Progress Note(s):**
11/17/2006
Pregnancy going well. No vaginal bleeding or discharge. Has good fetal movement. No uti sx. Recently started drinking more water. STill with bilateral low back pain, nonradiating. Not doing any stretching exercises, heat, focal care. Still with unchanged R dorsal foot pain and swelling. Exam as above. REcommended push water intake, do low back stretches, gave cast shoe for support of foot for possible occult fracture or nonhealing ligamentous injury. If not improving with this, xray on Fu. Educated re: 28 week visit. FU 3 weeks for labs, routine visit.

CARILION MEDICAL CTR PHYSICIAN
PO BOX 40026
ROANOKE, VA 24022-0026

NOW YOU CAN PAY ONLINE AT https://b2b.carilion.com/pay
YOUR INTERNET ACCOUNT #:  HBP  226537872

226537872  HBP  SIMPSON      NICOLE      N 0000045800

To:
NICOLE SIMPSON
1048 GROVE LANE NW

ROANOKE, VA  24012

Send Payment To:
CARILION MEDICAL CTR PHYSICIAN
PO BOX 40026
ROANOKE, VA 24022-0026

| Office Phone Number | Statement Date | New Balance | NOTE: Payment can be made with your Visa, Mastercard, Discover, or Medke. |
|---|---|---|---|
| 540 224-5688 | 11/24/06 | 458.00 | |
| Page No | Account Number | SHOW AMOUNT | Name _____ |
| 1 | 226537872 | PAID HERE  $ _____ | Cardholder # _____  Exp. Date ___/___ |

CHARGES APPEARING ON THIS STATEMENT ARE NOT INCLUDED ON ANY HOSPITAL BILL OR STATEMENT:

| DATE | DOCTOR NAME | EXPLANATION OF ACTIVITY | PATIENT NAME | | CHARGES AND DEBITS | PAYMENTS AND CREDITS |
|---|---|---|---|---|---|---|
| 092406 | | PREVIOUS BALANCE: | | | 0.00 | |
| 091506 | SWEET MD | ROUTINE OBSTETRIC CARE | NICOLE | N | | 0.00 |
| 101106 | GREENAWALD M | TREAT METATARSAL FRACTURE | NICOLE | N | 458.00 | |
| 101706 | SWEET MD | ROUTINE OBSTETRIC CARE | NICOLE | N | | 0.00 |

| Statement Closing Date | 11/24/06 | PLEASE INDICATE YOUR ACCOUNT NUMBER WHEN CALLING OUR OFFICE: | Account No 226537872 |
|---|---|---|---|

| | NEW BALANCE PAY THIS AMOUNT |
|---|---|
| SEND INQUIRIES AND/OR COMMUNICATIONS REGARDING DISPUTED AMOUNTS TO: | 458.00 |

CARILION MEDICAL CTR PHYSICIAN
PO BOX 11652
ROANOKE, VA 24022-1652

Balance shown on statement does not
reflect claims pending with insurance.

CALL 540-224-5688 OR 1-800-540-1487 M,W,F 9-4 & T,TH 9-7

Carilion Family Medicine - Roanoke-Salem
1314 Peters Creek Road NW
Roanoke, VA 24017
(540) 562-5700  Fax: (540) 562-4278

November 17, 2006

NICOLE N SIMPSON
1048 GROVE LANE NW
ROANOKE, VA 24012

Dear Ms. SIMPSON:

I'm enclosing your office note from this morning as it refers to your foot. I hope the cast shoe helps your discomfort.

If you call Carilion Direct at 266-6000, they have a listing of the available birth education classes, breastfeeding classes, etc. I understand that your insurance pays for these classes, so please call and see what you might be able to take.

I'm also enclosing a note about some extra benefits your insurance covers, called the "healthy heartbeats program". The next time you are in our office, please be sure to see Felicia, our financial counselor, about this.

I look forward to seeing you back in 3 weeks.

Sincerely,

Mary Gayle Sweet, M.D.

**Carilion Family Medicine - Roanoke-Salem**
1314 Peters Creek Road NW  Roanoke, VA 24017
(540) 562-5700  Fax: (540) 562-4278

*October 17, 2006*
Page 2
Chart Document

**NICOLE N SIMPSON**
DOB: 08/30/1984
Female

Home: (540)400-0429
Work: (540)793-0384X
XXX-XX-7672

Signed by:      Mark Greenawald MD on 10/11/2006
Method used:   Print then Give to Patient

**Radiology Diagnosis**
FOOT PAIN RIGHT(ICD-729.5)
**Radiology Orders**
X-Rays
Other: R foot series
Clinical Hx: Blunt trauma to R foot 4 days ago with ongoing pain and swelling dorsal surface.
**Vital Signs**
Height (inches): 67  Cannot Measure Weight: declined
Last PAP: 07/21/2006
Temperature: 97.6 degrees  F  (oral)  Pulse rate: 83
Respirations: 16
Blood Pressure: 110/72 mm Hg

**Alternative Therapies**
tylenol

**Pain Assessment**
Pain on a 0 (none) to 10 (unbearable) scale.
Pain grade 6  Onset: friday  Location: right foot
Duration: constant  Intensity: throbbing  Allev Fact: none
Exacerbating Factors: none  Sedation Scale: alert

**Nursing Assessment:**
Friday injured foot.  Foot hit by phone charger cord.  Having swelling and pain
Interest in Advanced Directive: Not interested

**Trigger Questions**
No nutrition triggers met.
*Medical, financial needs (PFS).
No functional triggers met.
No barriers to learning.

.......................................Jill Maggi LPN  October 11, 2006 2:08 PM

**Signed by Mark Greenawald MD on 10/11/2006 at 3:28 PM**

# Carilion Family Medicine - Roanoke-Salem
1314 Peters Creek Road NW  Roanoke, VA 24017
(540) 562-5700  Fax: (540) 562-4278

*October 17, 2006*
·Page 1
Chart Document

| | |
|---|---|
| **NICOLE N SIMPSON**<br>DOB: 08/30/1984<br>Female | Home: (540)400-0429<br>Work: (540)793-0384X<br>XXX-XX-7872 |

**10/11/2006 - Office Visit: Hurt foot friday**
Provider: Mark Greenawald MD
Location of Care: Carilion Family Medicine - Roanoke-Salem

## Assessment
(ICD-729.5) Dx of FOOT PAIN, RIGHT
(ICD-825.22) Dx of FX CLOSED FOOT, NAVICULAR
(ICD-924.20) Dx of CONTUSION, RIGHT FOOT

## Plan
x-ray R foot with disruption of the periosteum dorsum of the talus, c/w small fx. No displacement or chip fragments.
May take 1-2 weeks for soft tissue injury to heal.
Given location and extent, will treat expectantly with NSAIDS, Ice, rest as needed. May ambulate as tolerated. To return if sx worsen, o/w FU 1 week.
Patient understands and is in agreement with treatment plan.

## Current Medication List:
·PRENATAL VITAMINS TABS (PRENATAL MULTIVIT-MIN-FE-FA) 1 by mouth daily
IBUPROFEN 600 MG TABS (IBUPROFEN) 1 by mouth 3-4 x / day for foot pain/swelling

## Subjective
·CC: R foot trauma
HPI: Was hit with the end of a recharger in an unusual accident while visiting in New York. Reported a cord got caught in a vacuum cleaner, causing the weighted end of a recharger to be spun about and hit the dorsum of her R foot numerous times. This occured on Friday. Has had pain through the weekend with some dorsal swelling and inability to move toes 2-5 due to the pain. Able to walk now with moderate pain. Swelling continues. No hx previous trauma to this foot.

## Allergies:
NAPROSYN (NAPROXEN), * RED DYE.
Allergy review Done this visit.

**Tobacco Use:** never
**Passive smoke exposure:** No

## Physical Exam
**Vital Signs:** T(F): 97.6 site: oral  P: 83 R: 16
BP: 110/72
Ht(in): 67
Gen: stated age, well developed, well nourished and in NAD
Ext: R foot with swelling over proximal dorsal surface appx 2x5 cm in size. exquisitely tender over this area. No discoloration. Tendemess dorsum toes 2-4. Cannot flex these due to pain. I am able to flex and extend them passively with some pain. NV intact distally.
Psych: A+O x 3, no signs of mood, thought or memory difficulty appreciated.
## Prescriptions:
IBUPROFEN 600 MG TABS (IBUPROFEN) 1 by mouth 3-4 x / day for foot pain/swelling  #30 x 1
     Entered and Authorized by:    Mark Greenawald MD



**COMFORT INN & SUITES**
425 EAST ROUTE 59
NANUET, NY 10954 USA
(845) 623-6000
comfortinnnanuet@yahoo.com

Account: 254681
Date: 10/07/06
Page: 1 of 1
Room: 128    RACK
Arrival Date: 10/04/06 18:57
Departure Date: 10/07/06 10:47
Frequent Traveler ID:
You were checked out by: ML
You were checked in by: AB

SIMPSPN, ROSALIND

1048 GROVE LN
ROANOKE, VA 24012 US

| Post Date | Description | Comment | Amount |
|---|---|---|---|
| 10/04/06 | CINEMA /PAY MOVIE | CINEMA /PAY MOVIE | 10.99 |
| 10/04/06 | SALES/MISC TAX | SALES/MISC TAX | 0.88 |
| 10/04/06 | ROOM CHARGE | #128 SIMPSPN, ROSALIND | 129.00 |
| 10/04/06 | ROOM TAX | ROOM TAX | 10.32 |
| 10/05/06 | CINEMA /PAY MOVIE | CINEMA /PAY MOVIE | 10.99 |
| 10/05/06 | SALES/MISC TAX | SALES/MISC TAX | 0.88 |
| 10/05/06 | ROOM CHARGE | #128 SIMPSPN, ROSALIND | 129.00 |
| 10/05/06 | ROOM TAX | ROOM TAX | 10.32 |
| 10/06/06 | CINEMA /PAY MOVIE | CINEMA /PAY MOVIE | 11.99 |
| 10/06/06 | SALES/MISC TAX | SALES/MISC TAX | 0.96 |
| 10/06/06 | ROOM CHARGE | #128 SIMPSPN, ROSALIND | 139.00 |
| 10/06/06 | ROOM TAX | ROOM TAX | 11.12 |
| 10/07/06 | VISA PAYMENT | VISA PAYMENT | -465.45 |
| | | Acct: xxxxxxxxxxxx1110 | |

Balance Due:    0.00

If payment by credit card, I agree to pay the above total charge amount according to the card issuer agreement.

x _____

— 33.97 movie fe

**COMFORT INN & SUITES**
425 EAST ROUTE 59
NANUET, NY 10954 USA
(845) 623-6000
comfortinnnanuet@yahoo.com

Room: 128
Arrival Date: 10/04/06
Departure Date: 10/07/06
Account: 254681
Frequent Traveler ID:

Approval Number: 827582
Card Type: VI
Date: 10/7/2006
Card Number: xxxxxxxxxxxx1110
Total: 465.45

If payment by credit card, I agree to pay the above total charge amount according to the card issuer agreement.

ROSALIND SIMPSPN
1048 GROVE LN
ROANOKE, VA 24012 US

x _____

Yahoo! Mail - comfortinnnanuet@yahoo.com                                    Page 1 of 1

# YAHOO! MAIL

*scanned up - 13th*

Print - Close Window

**Subject:** RE: Incident Report: 10/06/06

**Date:** Fri, 13 Oct 2006 18:09:11 -0400

**From:** "Jeff Weinberger" <jeff@caliberbuilders.com>

**To:** "Comfort Inn & Suites - Nanuet" <comfortinnnanuet@yahoo.com>

Please make a follow up phone call to this guest to apologize and find out
if there was any sustained injury.  After the call write down what she
said, date and sign the memo to the file.
Why did it take so long for me to get this?? Incident reports should be
sent to me (scanned and emailed) within 24hours from the time of occurance.

Why did you stop sending me daily reports?  It would be nice to know how my
business is doing.
Are we full this weekend??

*emailed comp. down when took reports*

**From:** Comfort Inn & Suites - Nanuet [mailto:comfortinnnanuet@yahoo.com]
**Sent:** Friday, October 13, 2006 12:40 PM
**To:** Jeff Weinberger
**Subject:** Incident Report: 10/06/06

Please see attached report...

Millie

Comfort Inn & Suites
425 East Route 59
Nanuet , NY  10954
845 623-6000 Phone
845 623-9338 Fax

*At 1st I told Millie to wait & see if guest was going to Hospital — She wasn't sure — They decided to go home for treatment. I spoke with mother — who said she did have a small fracture on her foot — & was healing — I told her to send me billing — & again apologizing for the mishap — She was understanding about the matter —*

Do you Yahoo!?
Everyone is raving about the all-new Yahoo! Mail.

*I told Millie to scan this incident Report to you — because of the delay in getting the billing — She tried but system was down scanning —*

Account: 255210          Host Conf                    Status: Checked Out          Balance: .00

Stay Information
Arrival: 10/05/06  THU        Adults:              Rate Plan: GROUP  GROUP          Room: 125
Nights:      1                Child:               Room Type: NDD1                  Suppress Rate:
Departure: 10/06/06  FRI      Number of Rooms:     Room Rate:    113.00
GTD/PX:  4P/4P

Guest Information
Frequent Traveler ID:                              Comp/CH: COLONIAL MANOR                    20969
Last Name: FLYNN                      13250        Address: GET ADDRESS
First Name: CRISSI                                City St ZIP Country: NANUET          NY 10954      US
Phone: 386-847-1028                               E-Mail: FLAGLERTAVERN@HOTMAIL.COM
Caller: KATHLEEN                                   E-Mail Guest Folio

Guarantee Information                             Tracking                            Options
Gtd/Pmt: CA    CASH RECEIVED          Source: PHONE      Geo: NY          Confirm:
Deposit:                    Due Date:              Track: WEDD      Open:              Exempt:  N
Credit Card:                          $0.00       ID:                                 Vip:
Card Holder:                                       Vehicle:                           No Post:

Associated Accounts                              Notes
Group:                                           CC TO GTD ONLY
A/R:                                             GUEST HAS RES FOR FRIDAY. SHE IS AWARE SHE WILL HAVE TO
T/A 1:                                           CHECK OUT AND CHECK BACK IN TO THE ROOM RES FOR FRIDAY
T/A 2:                           Comm:           DO NOT TAKE ADDITIONAL AUTH--DEBIT CARD!!!
                                 Comm:

Reserve: 10/01/06  KW  Cxl:  00/00/00    Ini: 10/05/06 20:35   JZ    Due: 10/06/06 12:03    LG    Last: LO

*Roselyn Simpson*



Chip Fracture

## COMFORT INN & SUITES - INCIDENT REPORT

Today's Date: 10/6/06

Approximate Time of Incident: 12:15 [ ] am [✓] pm

Discovered by: _____

Date of Incident: 10/6/06

Weather: U/A

Report Done by: Lily Montalvo

### Please check one in each category

| INCIDENT TYPE | LOCATION | LOSS TYPE |
|---|---|---|
| Slip & Fall | Room # 178 | Guest Injury |
| Personal Injury | Hallway | Guest Property |
| Death | Stairs/Stairwell | Cash |
| Rape/Attempt | Parking Lot | |
| Harassment | Grounds | COMPANY PROPERTY |
| Robbery/Attempt | Elevator | Other: |
| Burglary/Attempt | Restrooms | |
| Theft of/from Vehicle | Lobby | AMOUNT OF LOSS |
| Property Damage by Vehicle | Pool Area | Cash: |
| Mysterious Disappearance | Storage Area | Property: |
| Vandalism | Basement | |
| Fire/Smoke Damage | Office | |
| Natural Disaster | Meeting Room(s) | |
| Other: | Restaurant | |
| | Lounge | |
| | Kitchen | |
| | Other: | |

Victim [name/address/phone]: Nicole Simpson 1048 Grove Lane Roanoke VA. 24012

Age: 22    Sex: [ ] male [✓] female

Witness [name/address/phone]: _____

Please explain circumstances (do not say "guest fell" when you really meant to say "guest says that they fell down")

Guest claims when the housekeeper was vacuuming the cable for the phone charger got tangle in the vacuum and cable came off the wall and hit her on top of her foot and her small toes. right leg!

Police called? [ ] yes [ ] no

1-540-400-0439



**COMFORT INN & SUITES**
425 EAST ROUTE 59
NANUET, NY 10954 USA
(845) 623-6000
comfortinnnanuet@yahoo.com

BY CHOICE HOTELS

Account: 255210
Date: 10/06/06
Page: 1 of 1
Room: 129 GROUP
Arrival Date: 10/05/06 20:35
Departure Date: 10/06/06 12:03
Frequent Traveler ID:
You were checked out by: LG
You were checked in by: JZ

*Roseft Sirfeso* (handwritten signature)

FLYNN, CRISSI

GET ADDRESS
NANUET, NY 10954 US

COLONIAL MANOR
135 ORANGEBURG RD
OLD TAPPAN, NJ 10983 US

| Post Date | Description | Confirmation | Amount |
|---|---|---|---|
| 10/05/06 | ROOM CHARGE | #129 FLYNN, CRISSI | 119.00 |
| 10/05/06 | ROOM TAX | ROOM TAX | 9.52 |
| 10/06/06 | VISA PAYMENT | VISA PAYMENT | -128.52 |
| | | Acct: xxxxxxxxxxxx2011 | |
| | | Balance Due: | 0.00 |

If payment by credit card, I agree to pay the above total charge amount according to the card issuer agreement.

x _____

*noticed no redness or marks
on her foot. She claims she could
not move her toes. Stepped out of the
room Parents said they would try to
stand her up. Parents refuse ambulance
they said they would take her to the emergency.
room.* (handwritten)



**COMFORT INN & SUITES**
425 EAST ROUTE 59
NANUET, NY 10954 USA
(845) 623-6000
comfortinnnanuet@yahoo.com

BY CHOICE HOTELS

Room: 129
Arrival Date: 10/05/06
Departure Date: 10/06/06
Account: 255210
Frequent Traveler ID:

Approval Number: 354544
Card Type: VI
Date: 10/6/2006
Card Number: xxxxxxxxxxxx2011
Total: 128.52

If payment by credit card, I agree to pay the above total charge amount according to the card issuer agreement.

CRISSI FLYNN
GET ADDRESS
NANUET, NY 10954 US

x _____

FEB-05-2006(MON)12:06 v-06723-RKL INN Document 22-5 Filed 02/07/2006 3338 Page 23 of 38 P.023/024

Yahoo! Mail - comfortinnnanuet@yahoo.com                                      Page 1 of 1

# YAHOO! MAIL

| | |
|---|---|
| **Date:** | Fri, 13 Oct 2006 09:40:11 -0700 (PDT) |
| **From:** | "Comfort Inn & Suites - Nanuet" <comfortinnnanuet@yahoo.com> |
| **Subject:** | Incident Report: 10/06/06 |
| **To:** | "Jeff Weinberger" <jeff@caliberbuilders.com> |

Please see attached report...


Millie


Comfort Inn & Suites
425 East Route 59
Nanuet, NY 10954
845 623-6000 Phone
845 623-9338 Fax


Do you Yahoo!?
Everyone is raving about the all-new Yahoo! Mail.

## Attachments

Files:

📎 **Incident_Report_Nicole_Simpson_Rm_128_100606.pdf** (173k)

NANUET COMFORT INN & SUITES



October 5, 2007

Ms. Rosalind Simpson
  & Ms. Nicole Simpson
1048 Grove Lane
Roanoke, VA 24012

Dear Ms. Simpson:

Please be advised that we received your letter and attachments on October 4th.

We have forwarded the information to our insurance carrier and you should be hearing from them shortly.

Sincerely,

Lorrie J. Crouch
General Manager

425 EAST ROUTE 59
AT ROSE ROAD & ROUTE 59
NANUET, NY 10954
PHONE 845.623.6000  FAX 845.623.9338
RESERVATIONS ONLY 1.800.4.NANUET
For reservations worldwide: 800.4CHOICE™  choicehotels.com



**Comfort INN & SUITES**
425 EAST ROUTE 59
NANUET, NY 10954
(845) 623-9338

*BY CHOICE HOTELS*

Rm 334

## Accident Report

Date: 2/4/07

Weather: Very Snowy

Date of accident: 2/4/07

Approx time of accident: 3:15 PM

Report done by: Ric Crone

Name of injured: Stillerman Phillip

Telephone: (815) 463-2788     Age: _____

Address: 15 East Ricky Lane

City: Poughkeepsie     State: NY     Zip Code: 12601

Description of injuries [please be specific]:

Left arm hurts

Describe conditions at place of occurrence:

Lobby Floor was wet

Comments made by injured:

State "My arm hurts but I don't know if my damage" Didn't want medical A Hunter

Medical assistance: ☐ Yes ☒ No

Physician's name & address: _____

Revision - Later requested Medical assistance - Called Police - An ambulance came - brought to hospital for evaluation.

Hospital & How Taken: _____

Police Officer: _____     Attendant: _____

Witness: ☐ Yes ☐ No     Name & Address: _____

Full description of injured: # Height 5'8" white male — Middle aged — shoes

Footwear: ☐ Yes ☐ No     Heels: ☐ High ☐ Low     ☐ Boots ☒ Rubbers ☐ Other: _____

☐ Eyeglasses ☐ Reading ☐ Bi-focal ☐ Other: _____     ☐ Carrying Packages

☒ Injured refused medical attention     Is injured taking any medications? ☐ Yes ☒ No

THIS REPORT IS TRUE TO THE BEST OF MY KNOWLEDGE AND I AM AWARE THAT ANY WILLFUL OMISSION OR FALSIFICATION COULD BE FRAUDULENT AND COULD MAKE ME LIABLE FOR PROSECUTION.

Date & Time of Report _____

Injured's Signature _____

Signature of Person Completing Report _____

Title _____

**COMFORT INN & SUITES**
**425 EAST ROUTE 59**
**NANUET, NY 10954**
**(845) 623-9338**

BY CHOICE HOTELS

## Incident Report

Date: 2/14/07

Weather: SNOW

Discovered by: LC

Date of incident: 2/14/07

Approx time of incident: 3:15 PM

Report done by: _____

PLEASE CHECK ONE IN EACH CATEGORY

| | Incident Type | | Location | | Loss Type |
|---|---|---|---|---|---|
| X | Slip & Fall | | Room # | | Guest Injury |
| | Personal Injury | | Hallway | | Guest Property |
| | Death | | Stairs / Stairwell | | Cash |
| | Rape / Attempt | | Parking Lot | | Company Property |
| | Harassment | | Grounds | | Other |
| | Robbery / Attempt | | Elevator | | |
| | Burglary / Attempt | | Restrooms | | Amount of Loss |
| | Theft of / from vehicle | | Lobby | | Cash |
| | Property Damage | | Pool Area | | Property |
| | Mysterious Disappearance | | Storage Area | | |
| | Vandalism | | Basement | | |
| | Fire / Smoke Damage | | Office | | |
| | Natural Disaster | | Meeting Rooms | | |
| | Other | | Restaurant | | |
| | | | Lounge | | |
| | | | Kitchen | | |
| | | | Meeting Room(s) | | |
| | | | Other | | |

Victim (name/address/phone): _____

_____    Age: _____    Sex: _____

Witness (name/address/phone): _____

Please explain circumstances (don't say "guest fell" when you really meant to say "guest says that they fell down")

Rm # 334

_Sworn_

POLICE CALLED    ☐ YES    ☒ NO



**SELECTIVE** *Insurance*

SELECTIVE INSURANCE
40 Wantage Avenue
Branchville, New Jersey 07890
1-800-777-9656

February 16, 2007

Palisades Lodging Corp T/a Comfort Inn- Nanuet Rockland
425 E Route 59
Nanuet, NY 10954-2908

ǁ.�.ǀǁǀᴵᴵᴵᴴᴴ.ᴴᴵᴵᴴ.ᴵᴴᴵᴴ.ᴵᴴ.ᴵᴴᴴ.ᴴᴵᴴᴵᴴᴴᴴᴵᴴᴵᴵᴵᴵ

RE:    INSURED:      Palisades Lodging Corp T/a Comfort Inn- Nanuet Rockland

       CLAIMANT:     PHILLIP STILLERMAN

       CLAIM NUMBER: 20635441

       DATE OF LOSS: 2/14/2007

       POLICY NUMBER: S1484818

       AGENT NUMBER: 00-01502-00000

Dear Policyholder:

This letter is sent to acknowledge receipt of your recent claim.  This loss
was reported to us on 02/16/2007.

If you have not been contacted regarding this claim please contact me at the number
listed below.  If your claim has already been settled there is no need to contact us.

Thank you.

Sincerely,

Simone Laraia, AIC
PO Box 2507
Oak Ridge, NJ 07438
(973) 208-8581

REGIONAL OFFICE
P.O. Box 7950
Trenton, NJ 08650-7950
(973) 948-2900
(800) 727-9656



**Bollinger**
*Insurance* **Since 1876**

**PROPERTY & CASUALTY CLAIMS DEPARTMENT**

P.O. Box 647, 101 JFK Parkway, Short Hills, New Jersey 07078-0647
Phone 973-467-0444 • Toll-Free 800-526-1379 • Fax 973-921-2876
Web Site: www.BollingerInsurance.com

February 16, 2007

Comfort Inn - Nanuet
425 East Route 59
Nanuet, NY 10954

Re:        Insured:        Comfort Inn - Nanuet
              Loss Location:     425 East Rt.#59
              Policy Number:    S1484818
              Date of loss:       2/14/07
              Claimant:         Phillip Stillerman
              Type of Loss:      Liability

Dear Lorrie Crouch:

Please be advised that we have received notice of the above captioned claim. We have reported the matter to Selective Ins Co of America for proper handling.

An adjuster from Selective Ins Co of America will be contacting you shortly. If you have any questions or if you wish to discuss this matter in the interim, please do not hesitate to contact me.

Very truly yours,

Jeanie Aronson
Sr.Claims Representative
Bollinger Inc.
(973) 467-8005 Ext. 8241

RECEIVED
FEB 20

**Short Hills, NJ • Princeton, NJ • Mt. Laurel, NJ • New York, NY**

Stillerman
Slip + fall

---

thought received
Legal papers on
him — I'm Looking

**COMFORT INN & SUITES** Rm 334
425 EAST ROUTE 59
NANUET, NY 10954
(845) 623-9338
BY CHOICE HOTELS

**Accident Report**

Date: 2/4/07

Weather: Very Snowy

Date of accident: 2/4/07

Approx time of accident: 3:15 PM

Report done by: [signature]

Name of injured: Stillerman Phillip    Telephone: 845 463-2588    Age: ___

Address: 15 Food Ricky Lane

City: Poughkeepsie    State: NY    Zip Code: 12601

Description of injuries [please be specific]:
Left arm hurts

Describe conditions at place of occurrence:
Lobby floor was wet

Comments made by injured:
Stated My arm hurts but I don't know
if my damage
Didn't want medical A Henten —

Medical assistance: ☐ Yes ☒ No    Revision - Later requested Medical
assistance - Called Police - An bulance
Physician's name & address: ___    came - brought to hospital for
evaluation

Hospital & How Taken: ___

Police Officer: ___    Attendant: ___

Witness: ☐ Yes ☐ No    Name & Address: ___

Full description of injured: # Height 5'8" white male —
Middle aged —

shoes
Footwear: ☐ Yes ☐ No    Heels: ☐ High ☐ Low ☐ Boots ☒ Rubbers ☐ Other: ___
☐ Eyeglasses ☐ Reading ☐ Bi-focal ☐ Other: ___    ☐ Carrying Packages
☒ Injured refused medical attention    Is injured taking any medications? ☐ Yes ☒ No

THIS REPORT IS TRUE TO THE BEST OF MY KNOWLEDGE AND I AM AWARE THAT ANY
WILLFUL OMISSION OR FALSIFICATION COULD BE FRAUDULENT AND COULD MAKE ME
LIABLE FOR PROSECUTION.

Date & Time of Report    Injured's Signature

Signature of Person Completing Report    Title



**COMFORT INN & SUITES**
**425 EAST ROUTE 59**
**NANUET, NY 10954**
**(845) 623-9338**
BY CHOICE HOTELS

# Incident Report

Date: _2/4/07_                          Date of incident: _2/4/07_

Weather: _Snowy_                        Approx time of incident: _3:15 PM_

Discovered by: _LC_                     Report done by: _____

PLEASE CHECK ONE IN EACH CATEGORY

| Incident Type | Location | Loss Type |
|---|---|---|
| X Slip & Fall | Room # | Guest Injury |
| Personal Injury | Hallway | Guest Property |
| Death | Stairs / Stairwell | Cash |
| Rape / Attempt | Parking Lot | Company Property |
| Harassment | Grounds | Other |
| Robbery / Attempt | Elevator | |
| Burglary / Attempt | Restrooms | Amount of Loss |
| Theft of / from vehicle | Lobby | Cash |
| Property Damage | Pool Area | Property |
| Mysterious Disappearance | Storage Area | |
| Vandalism | Basement | |
| Fire / Smoke Damage | Office | |
| Natural Disaster | Meeting Rooms | |
| Other | Restaurant | |
| | Lounge | |
| | Kitchen | |
| | Meeting Room(s) | |
| | Other | |

Victim (name/address/phone): _____

_____ Age: _____ Sex: _____

Witness (name/address/phone): _____

_____

Please explain circumstances (don't say "guest fell" when you really meant to say "guest says that they fell down")

_Rm # 334_

_Sec attack_

POLICE CALLED          ☐ YES     ☒ NO



**SELECTIVE INSURANCE**
40 Wantage Avenue
Branchville, New Jersey 07890
1-800-777-9656

February 16, 2007

Palisades Lodging Corp T/a Comfort Inn- Nanuet Rockland
425 E Route 59
Nanuet, NY 10954-2908

RE:    INSURED:        Palisades Lodging Corp T/a Comfort Inn- Nanuet Rockland

       CLAIMANT:       PHILLIP STILLERMAN

       CLAIM NUMBER:   20635441

       DATE OF LOSS:   2/14/2007

       POLICY NUMBER:  S1484818

       AGENT NUMBER:   00-01502-00000

Dear Policyholder:

This letter is sent to acknowledge receipt of your recent claim.  This loss
was reported to us on 02/16/2007.

If you have not been contacted regarding this claim please contact me at the number
listed below.  If your claim has already been settled there is no need to contact us.

Thank you.

Sincerely,

Simone Laraia, AIC                          REGIONAL OFFICE
PO Box 2507                                 P.O. Box 7950
Oak Ridge, NJ 07438                         Trenton, NJ 08650-7950
(973) 208-8581                              (973) 948-2900
                                            (800) 727-9656



# Bollinger
*Insurance* *Since 1876*

**PROPERTY & CASUALTY CLAIMS DEPARTMENT**

P.O. Box 647, 101 JFK Parkway, Short Hills, New Jersey 07078-0647
Phone 973-467-0444 • Toll-Free 800-526-1379 • Fax 973-921-2876
Web Site: www.BollingerInsurance.com

February 16, 2007

Comfort Inn - Nanuet
425 East Route 59
Nanuet, NY 10954

Re:     Insured:           Comfort Inn - Nanuet
         Loss Location:     425 East Rt.#59
         Policy Number:     S1484818
         Date of loss:      2/14/07
         Claimant:          Phillip Stillerman
         Type of Loss:      Liability

Dear Lorrie Crouch:

Please be advised that we have received notice of the above captioned claim. We have reported
the matter to Selective Ins Co of America for proper handling.

An adjuster from Selective Ins Co of America will be contacting you shortly. If you have any
questions or if you wish to discuss this matter in the interim, please do not hesitate to contact me.

Very truly yours,

Jeanie Aronson
Sr. Claims Representative
Bollinger Inc.
(973) 467-8005 Ext. 8241

RECEIVED
FEB 20

Short Hills, NJ • Princeton, NJ • Mt. Laurel, NJ • New York, NY



## NIGHT AUDIT SERVICE AGREEMENT

This agreement between Auditors Express, as represented by
Ignacio Rangel and The __Sheraton Inn-Nanuet__ ,represented
by __Jeff Weinberger__ is for the purpose to legally establish an
amicable and efficient working relationship between the parties hereto.

Effective _____ , Auditors Express will perform the
Night Audit Service for __Sheraton Inn-Nanuet__ , nightly, seven days
per week, between the hours of 11:00 pm and 7:00am in the most responsible
manner to include the following conditions:

    One Auditor to conduct a full night audit, F&B included.
    He or she will follow, obey and perform all duties as
    established by the hotel's management.
    The auditor may remain at the hotel past his shift for
    the purpose of finding audit related errors or to complete
    required reports, without any extra cost to the hotel.
    The auditor will be properly dressed with shirt and tie
    at all times. The hotel management will reserve the
    right to approve any and all auditors assigned to the
    hotel. Auditors Express will accept all refusals with a
    reasonable written explanation.

Auditors Express will be held responsible for any and all thefts
by its employees with established proof. Auditors Express shall also
be responsible for providing and adhering to state and federal regulations
with regards to taxes, unemployment benefits, social security contributions
and workmen's compensation for its staff.
The hotel will not be held liable for the persons representing Auditors
Express during working hours and not complying with established hotel
policies and procedures.

For the services which Auditors Express agrees to perform, Sheraton Inn
    __Nanuet__ will pay Auditors Express the sum of ~~$725.00 Seven hundred~~
~~twenty five dollars~~ per seven day week, from Sunday through Saturday, within
10 days of billing. ~~This figure will change to $715.00 after 90 days of
uninterrupted service.~~ The 10 days billing cycle will carry an additional
5 days grace period before lack of payment will be considered a breach
of contract.

*x Hundred
nety (690°)*

If and when Auditors arrive late, Auditors Express will pay the Hotel
or waiting staff for coverage. Should Auditors have to remain to cover
absent or late front desk staff, Auditors Express will bill the hotel
for its extra time cost.

This agreement may be terminated by either party with a 30 days
written notice. If and when a yearly increase in remuneration is necessary,
a 30 days notice will be made available by Auditors Express.
 The Sheraton Inn-Nanuet's management will assume responsibility
for all legal expenses arising out of Auditors Express efforts to collect
any of the above mentioned $$$.

In witness whereof: The parties hereto have herunto approved and signed
this Auditors Agreement on _January 23, 1991_

AUDITORS EXPRESS

_Iggy Rangel_

RONDAVEL MANAGEMENT CORP T/A
Sheraton Inn-Nanuet ,

_Jeff Weinberger_, Vice Pres.

From: Amy Cohen At Nelson and Ward Insurance FaxID:973-379-1817 To: Lori    Date: 2/7/2008 11:33 AM Page: 4 of 4

IGNARAN-01    COAM

## ACORD CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
2/7/2008

| PRODUCER (973) 379-7270 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|

Nelson & Ward Co.
454 Morris Avenue
Springfield, NJ 07081

| INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|

| INSURED | Ignacio Rangel t/a Auditors Express P.O. Box 1276 Bloomfield, NJ 07003 |
|---|---|

| INSURER A: Travelers Insurance Co. | 25682 |
| INSURER B: Liberty Mutual Ins Co | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | | **GENERAL LIABILITY** X COMMERCIAL GENERAL LIABILITY CLAIMS MADE X OCCUR | 680701W8090 | 2/6/2007 | 2/6/2008 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 300,000 |
| | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: POLICY PRO- JECT LOC | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| A | | **AUTOMOBILE LIABILITY** ANY AUTO ALL OWNED AUTOS SCHEDULED AUTOS X HIRED AUTOS X NON-OWNED AUTOS | 680701W8090 | 2/6/2007 | 2/6/2008 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY** ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN EA ACC AUTO ONLY: AGG | $ $ |
| | | **EXCESS/UMBRELLA LIABILITY** OCCUR CLAIMS MADE DEDUCTIBLE RETENTION $ | | | | EACH OCCURRENCE | $ |
| | | | | | | AGGREGATE | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| B | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? If yes, describe under SPECIAL PROVISIONS below | WC7-33S-319155-017 | 1/11/2007 | 1/11/2008 | X WC STATU- TORY LIMITS OTH- ER | |
| | | | | | | E.L. EACH ACCIDENT | $ 500,000 |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 500,000 |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ 500,000 |
| | | **OTHER** | | | | | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Comfort Inn Nanuet Lori General Mgr 425 E Rt. 59 Nanuet, NY 10954- | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES. AUTHORIZED REPRESENTATIVE *Amy Cohen* |

ACORD 25 (2001/08)    © ACORD CORPORATION 1988

P. 001/001    8EE6E3E5956P48(FRX)    NNI ƬЯOƎMOƆ 4E:21 (UHT)8002-70-8Ǝꟻ

IGNARAN-01    COAM

## ACORD™ CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 2/7/2008 |

| PRODUCER (973) 379-7270 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|
| Nelson & Ward Co. 454 Morris Avenue Springfield, NJ 07081 | |

| | INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED Ignacio Rangel t/a Auditors Express P.O. Box 1276 Bloomfield, NJ 07003 | INSURER A: Liberty Mutual Ins Co | |
| | INSURER B: | |
| | INSURER C: | |
| | INSURER D: | |
| | INSURER E: | |

### COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| | | **GENERAL LIABILITY** | | | | EACH OCCURRENCE | $ |
| | | ☐ COMMERCIAL GENERAL LIABILITY | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | ☐ CLAIMS MADE ☐ OCCUR | | | | MED EXP (Any one person) | $ |
| | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | GENERAL AGGREGATE | $ |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | PRODUCTS - COMP/OP AGG | $ |
| | | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | |
| | | **AUTOMOBILE LIABILITY** | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | ☐ ANY AUTO | | | | | |
| | | ☐ ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | | ☐ SCHEDULED AUTOS | | | | | |
| | | ☐ HIRED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | | ☐ NON-OWNED AUTOS | | | | | |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY** | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | ☐ ANY AUTO | | | | OTHER THAN EA ACC | $ |
| | | | | | | AUTO ONLY: AGG | $ |
| | | **EXCESS/UMBRELLA LIABILITY** | | | | EACH OCCURRENCE | $ |
| | | ☐ OCCUR ☐ CLAIMS MADE | | | | AGGREGATE | $ |
| | | | | | | | $ |
| | | ☐ DEDUCTIBLE | | | | | $ |
| | | ☐ RETENTION $ | | | | | $ |
| A | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? If yes, describe under SPECIAL PROVISIONS below | WC7-33S-319155-018 | 1/11/2008 | 1/11/2009 | X WC STATU-TORY LIMITS ☐ OTH-ER | |
| | | | | | | E.L. EACH ACCIDENT | $ 500,000 |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 500,000 |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ 500,000 |
| | | **OTHER** | | | | | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Comfort Inn Nanuet Lorin General Mgr 425 E Rt. 59 Nanuet, NY 10954- | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES. AUTHORIZED REPRESENTATIVE *Amy Cohen* |

ACORD 25 (2001/08)    © ACORD CORPORATION 1988