UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RICHARD LOOS,
                *Plaintiff,*

-against-

COMFORT INNS, INC. and CHOICE HOTELS        Case Number: 07-CV-6723 (PKL)
INTERNATIONAL, INC.,

                *Defendants,*
-------------------------------------------------------------------X
COMFORT INNS, INC. and CHOICE HOTELS        **AFFIDAVIT PURSUANT**
INTERNATIONAL, INC.,                                            **TO RULE 7.1**

                *Third-Party Plaintiffs,*
-against-

KENNETH WEISS and RONDAVEL MANAGEMENT       Assigned Judge:
CORPORATION,                                         Hon. Peter K. Leisure

                *Third-Party Defendant.*
-------------------------------------------------------------------X

Paul S. Zilberfein, Esq. being duly sworn hereby deposes and says under penalties of perjury:

1. I am associated with the LAW OFFICES OF DONALD L. FRUM, attorneys for Defendant, PALISADES LODGING CORPORATION (trading as COMFORT INN and improperly sued herein as COMFORT INNS, INC.) and Third-Party Defendant, RONDAVEL MANAGEMENT CORPORATION.

2. Third-Party Defendant, Rondavel Management Corporation does not have a parent company.

3. No publicly held corporation owns 10% or more of Third-Party Defendant, Rondavel Management Corporation's stock.

4. Defendant, Palisades Lodging Corporation does not have a parent company.

5. No publicly held corporation owns 10% or more of Defendant, Palisades Lodging Corporation's stock.

Dated:  Elmsford, New York
          March 3, 2008

                                                    Paul S. Zilberfein, Esq. (7462)