UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICHARD LOOS,

                    *Plaintiff,*

-against-                             Case Number: 07-CV-6723 (PKL)

COMFORT INNS, INC. and CHOICE HOTELS
INTERNATIONAL, INC.,

                    *Defendants,*

**NOTICE FOR EXAMINATION BEFORE TRIAL**

-----------------------------------------------------------------X
COMFORT INNS, INC. and CHOICE HOTELS
INTERNATIONAL, INC.,

                   *Third-Party Plaintiffs,*

-against-
KENNETH WEISS and RONDAVEL MANAGEMENT
CORPORATION

                  *Third-Party Defendants.*
-----------------------------------------------------------------X

SIRS:

    PLEASE TAKE NOTICE, that pursuant to 3107 of the CPLR, the undersigned attorneys for the defendant, RONDAVEL MANAGEMENT CORPORATION & PALISADES LODGING CORPORATION, will take the deposition of the following parties or persons, before a Notary Public not affiliated with any of the parties or their attorneys, on all relevant and material issues raised by the pleadings in the above entitled actions, as authorized by Article 31 of the CPLR:

PERSON TO
BE EXAMINED :    **ALL PARTIES**

DATE           :    April 30, 2008

TIME          :    10:00 AM.

PLACE        :    THE LAW OFFICE OF DONALD L. FRUM
                        565 Taxter Road, Suite 150
                        Elmsford, New York 10523.

PLEASE TAKE FURTHER NOTICE, that the persons to be examined are required to produce all books, records and papers in their custody and possession that may be relevant to the issues herein.

Dated:   Elmsford, NY
         March 3, 2008

> Yours, etc.,
> LAW OFFICES OF DONALD L. FRUM
>
> By: _____
>     Paul S. Zilberfein, Esq. (7462)
>     *Attorneys for Third-Party Defendant*
>     RONDAVEL MANAGEMENT CORPORATION
>     565 Taxter Road - Suite 150
>     Elmsford, NY 10523
>     914-347-5522

To:   LAW OFFICES OF ELIOT F. BLOOM
      *Attorney for Plaintiff*
      114 Old Country Road, Suite 308
      Mineola, NY 11501
      516-739-5300

      William F. Costello, Esq.
      CURAN, AHLERS, FIDEN & NORRIS, LLP
      *Attorneys for Third-Party Defendant*
      KENNETH WEISS
      14 Mamaroneck Avenue
      White Plains, NY 10601
      914-428-3313

      MARKS, O'NEILL, O'BRIEN & COURTNEY, PC
      *Attorneys for Defendant/Third-Party Plaintiff*
      CHOICE HOTELS INTERNATIONAL, INC.
      530 Saw Mill River Road
      Elmsford, NY 10523
      914-345-3701