UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

RICHARD LOOS,

           Plaintiffs,

    -v-

COMFORT INNS, INC. and
CHOICE HOTELS INTERNATIONAL, INC.,

           Defendants.

------------------------------------------------X

CHOICE HOTELS INTERNATIONAL, INC.,

           Third-Party Plaintiff,

    -v-

KENNETH WEISS and RONDAVEL
MANAGEMENT CORPORATION,

           Third-Party Defendants.

------------------------------------------------X

**CONSENT TO CHANGE
ATTORNEY**

Docket No.: 07 CIV 6723

**IT IS HEREBY CONSENTED** that ABRAMS GORELICK, FRIEDMAN & JACOBSON, P.C.,
located at One Battery Park Plaza, 4th Floor, New York, New York 10004, be substituted as attorneys of record
in place and stead of CURAN, AHLERS, FIDEN & NORRIS, LLP, for third-party defendant KENNETH
WEISS, in the above-entitled action as of the date hereof.

Dated:     New York, New York
          January 29, 2008

IRWIN D. MILLER, ESQ.
ABRAMS, GORELICK, FRIEDMAN
& JACOBSON, P.C.
Incoming attorneys for Third-Party
Defendant KENNETH WEISS
One Battery Park Plaza – 4th Floor
New York, New York 10004
Tel.: (212) 422-1200
Fax: (212) 968-7573

WILLIAM F. COSTELLO, ESQ.
CURAN, AHLERS, FIDEN & NORRIS LLP
Outgoing attorneys for Third-Party Defendant
KENNETH WEISS
14 Mamaroneck Avenue
White Plains, New York 10601
Tel.: (914) 428-3313
Fax: (914) 949-5800

KENNETH WEISS

Sworn to before me on the
_____ day of February, 2008

_____
Notary Public