| | | |
|---|---|---|
| **AGF&J** Abrams, Gorelick, Friedman & Jacobson, PC<br>Attorneys At Law | One Battery Park Plaza<br>4th Floor<br>New York, NY 10004 | Phone: 212 422-1200<br>Fax: 212 968-7573<br>www.agfjlaw.com |

March 5, 2008

Law Offices of Eliot F. Bloom
114 Old Country Road, Suite 308
Mineola, New York 11501

      Re: Loos v. Comfort Inns, Inc.
      Venue: United States District Court/Southern District
      Docket No.: 07 CIV 6723
      Our File No.: 8948

Dear Counselors:

  Please be advised that we have been assigned to represent Kenneth Weiss, third-party defendant in the above-referenced matter.

  Accordingly, enclosed please find a fully executed Consent to Change Attorney.

  Kindly forward to the undersigned on an expedited basis copies of all pleadings, discovery demands, discovery responses, Orders, Responses to Interrogatories, medical records pertaining to the above-referenced matter.

  Further, kindly forward on an expedited basis HIPAA compliant and duly executed authorizations enabling our office to obtain copies of any and all medical records, narrative reports of treating and examining doctors, MRI films, diagnostic films, hospital records, employment records, and if applicable, school records.

  Should you have any questions, please do not hesitate to contact me.

          Very truly yours,

          ABRAMS, GORELICK, FRIEDMAN
          & JACOBSON, P.C.

IDM/nt          By: _____
Encl.            IRWIN D. MILLER

cc: Magistrate Theodore Katz
   United States District Court
   Southern District
   500 Pearl Street
   New York, New York 10007

**AGF&J** Abrams, Gorelick, Friedman & Jacobson, PC
Attorneys At Law

James Michael Skelly, Esq.
Marks, O'Neill, O'Brien & Courteny, P.C.
530 Saw Mill River Road
Elmsford, New York 10523