RICHARD LOOS

Index #: 07 CV 6723 (PKL)

Plaintiff(s)

- against -

Date Filed:

COMFORT INNS, INC. ET ANO AND OTHER ACTIONS

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DANIEL KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 20, 2008 at 03:00 PM at

122 GASTON AVENUE FL 2
GARFIELD, NJ 07026

deponent served the within true copy/copies of the FOURTH PARTY SUMMONS & FOURTH PARTY COMPLAINT on JOHN VANHOUTEN, the defendant/respondent therein named,

**AFFIXING TO DOOR.** by affixing a true copy/copies of each to the door of said premises, which is the defendant's/respondent's last actual address within the state. Deponent was unable, with due diligence to find the defendant/respondent or a person of suitable age and discretion, thereat, having called there on

March 15, 2008  AT  7:05 PM          March 17, 2008  AT  7:58 AM
March 20, 2008  AT  3:00 PM

**MAILING** Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

122 GASTON AVENUE FL 2
GARFIELD, NJ 07026

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on March 21, 2008 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

Sworn to me on: March 21, 2008

| Linda Forman | Robin M. Forman | Larry Yee | DANIEL KNIGHT |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | Docket #: 547047 |