UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD LOOS,

                              Plaintiff,        **DISCLOSURE STATEMENT**

                  - against -

                                                  Case No.:  07/CV 6723

COMFORT INNS, INC. and CHOICE HOTELS
INTERNATIONAL, INC.,

                              Defendants.

---

COMFORT INNS, INC. and CHOICE HOTELS
INTERNATIONAL, INC.,

                         Third-Party Plaintiffs,

                  - against -

KENNETH WEISS and RONDAVEL
MANAGEMENT CORPORATION,

                        Third-Party Defendants.

---

PALISADES LODGING CORPORATION, trading
as COMFORT INN and improperly sued herein as
COMFORT INNS, INC. and RONDAVEL
MANAGEMENT CORPORATION,

                        Fourth-Party Plaintiffs,

                  - against -

AUDITORS EXPRESS and JOHN VANHOUTEN,

                        Fourth-Party Defendants.

---

       PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE, THE UNDERSIGNED COUNSEL FOR **AUDITORS EXPRESS and JOHN VANHOUTEN** CERTIFIES THAT THERE ARE NO CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD.

Dated: New York, New York
      April 28, 2008

Respectfully,

*/s/ Kenneth B. Brown*

Kenneth B. Brown, Esq. (KBB 9641)
LAW OFFICES OF JOHN P. HUMPHREYS
Attorneys for Fourth-Party Defendants
**AUDITORS EXPRESS and JOHN VANHOUTEN**
485 Lexington Avenue, 7th Floor
New York, New York 10017
(917) 778-6600

TO:

LAW OFFICES OF ELIOT BLOOM, P.C.
Attorneys for Plaintiff
114 Old Country Road
Mineola, N.Y. 11501

LAW OFFICES OF DONALD L. FRUM
Attorneys for Fourth-Party Plaintiffs
Palisades and Rondavel
565 Taxter Road, Suite 150
Elmsford, N.Y. 10523
914-347-5522

MARKS, O'NEILL, O'BRIEN and COURTNEY, P.C.
Attorneys for Defendant/Third-Party Plaintiff
Choice Hotels International, Inc.
530 Saw Mill River Road
Elmsford, N.Y. 10523

STATE OF NEW YORK                                         AFFIDAVIT OF
                                                          SERVICE BY MAIL
COUNTY OF NEW YORK

    I, Rosanna Sereno, being duly sworn, deposed and says that deponent is a secretary of the LAW OFFICES OF JOHN P. HUMPHREYS, attorneys for one of the parties herein; is over 18 years of age; is not a party to the action. The deponent served the papers noted below by regular mail, the same securely enclosed in the postage paid wrapper in the Letter Box maintained and exclusively controlled by the United States Postal Service at 485 Lexington Avenue, New York, New York 10017 directed to the said attorney(s) at the address indicated below; that being the address within the state designated by said attorney(s) for that purpose, or the place where said attorneys(s) then kept an office, between which places there then was and now is a regular communication by mail as follows:

Date mailed:        May 6, 2008

Papers Served:      **DISCLOSURE STATEMENT**

Served Upon:

LAW OFFICES OF ELIOT BLOOM, P.C.
Attorneys for Plaintiff
114 Old Country Road
Mineola, N.Y. 11501

LAW OFFICES OF DONALD L. FRUM
Attorneys for Fourth-Party Plaintiffs
Palisades and Rondavel
565 Taxter Road, Suite 150
Elmsford, N.Y. 10523
914-347-5522

MARKS, O'NEILL, O'BRIEN and COURTNEY, P.C.
Attorneys for Defendant/Third-Party Plaintiff
Choice Hotels International, Inc.
530 Saw Mill River Road
Elmsford, N.Y. 10523

                                                      */s/ Rosanna Sereno*
                                                      Rosanna Sereno

Sworn to before me this
6th day of May, 2008/

_/s/ Cathy Aranzullo_
Notary Public

CATHY ARANZULLO
Commissioner of Deeds
City of New York - No. 5-1498
Certificate Filed in Richmond County
Commission Expires 12-1-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                Index No. :6723/ 07 CV

RICHARD LOOS,

                                                  Plaintiff(s),

-against-

COMFORT INNS, INC. and CHOICE HOTELS INTERNATIONAL, INC.,

                                                  Defendant(s).

AND ADDITIONAL ACTIONS.

## DISCLOSURE STATEMENT

### Law Office of
### JOHN P. HUMPHREYS

Attorneys for Fourth-Party Defendants
**AUDITORS EXPRESS and JOHN VANHOUTEN**
Office & P.O. Address
**485 Lexington Avenue, 7th Floor**
**New York, New York 10017**

Tel. No.: (917) 778-6600
Fax No.: (917) 778-7020
(917) 778-7022

TO:

Service of a copy of the within                                    is hereby admitted.

Dated:                    _____
                            Attorney(s) for

**NOTICE OF ENTRY:**

      **PLEASE TAKE NOTICE** that the within is a true copy of an order entered in office of the Clerk of the above Court on the ___ day of _____ 200 .

**NOTICE OF SETTLEMENT:**

      **PLEASE TAKE NOTICE** that the within proposed order will be presented for settlement and entry at the Courthouse on the ___ day of _____ 200 , at 10:00 a.m. at the office of the Clerk of the Part of this Court where the within described motion was heard.

Dated:    New York, New York                                           **Law Office of**
                                                                               **JOHN P. HUMPHREYS**
                                                                               Attorneys for Defendant(s)
                                                                               As Designated Above