UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



RICHARD LOOS,

                Plaintiff,

- against -

COMFORT INNS, INC., and CHOICE
HOTELS INTERNATIONAL, INC.,

                Defendants.

ORDER

07 Civ. 6723 (PKL)

**LEISURE, District Judge:**

    Plaintiff Richard Loos moves under Federal Rule of Civil Procedure 15(a) for leave to amend his complaint. The Court can divine no reason to deny plaintiff's motion, nor have defendants provided the Court with a reason. Plaintiff's motion is hereby GRANTED pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.

**SO ORDERED.**
New York, New York
June **26**, 2008

                                              /s/ Peter K. Leisure
                                                U.S.D.J.