UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RICHARD LOOS,

        Plaintiff,

  -against-

COMFORT INNS, INC. CHOICE HOTELS
INTERNATIONAL, INC., RONDAVEL
MANAGEMENT CORPORATION, PALISDADES
LODGING CORPORATION TRADING AS
COMFORT INN, COMFORT INN NANUET,
IGNACIO RANGEL, AUDITORS EXPRESS and
JOHN VANHOUTEN

        Defendants.
------------------------------------------------------------------X
COMFORT INNS, INC. and CHOICE HOTELS,
INTERNATIONAL, INC.,

        Third-Party Plaintiff,

  -against-

KENNETH WEISS and RONDAVEL MANAGEMENT
CORPORATION,

        Third-Party Defendants.
------------------------------------------------------------------X
PALISADES LODGING CORPORATION, trading as
COMFORT INN and improperly sued herein as
COMFORT INNS, INC. and RONDAVEL
MANAGEMENT CORPORATION,

        Fourth-Party Plaintiffs,

  -against-

AUDITORS EXPRESS and JOHN VANHOUTEN,

        Fourth-Party Defendants.
------------------------------------------------------------------X

Index No. 07-CV-6723
(PKL)

RESPONSE TO FIRST SET
OF THIRD PARTY
DEFENDANT WEISS'
<u>RULE 34 REQUESTS</u>

The Plaintiff, RICHARD LOOS, by his attorney, LAW OFFICES OF ELIOT F. BLOOM, ESQ., as and for his response to the Rule 34 requests of third-party Defendant KENNETH WEISS, alleges:

A. 1.    The Taylor Corporation
1725 Roe Crest Drive
North Mankato, MN 56003

Sales Consultants of Pompano Beach
2401 East Atlantic Boulevard, Ste. 300
Pompano Beach, Florida 33062

2.    The Plaintiff will produce under separate cover an authorization for the employment records of:

The Taylor Corporation
1725 Roe Crest Drive
North Mankato, MN 56003

Sales Consultants of Pompano Beach
2401 East Atlantic Boulevard, Ste. 300
Pompano Beach, Florida 33062

B. 1.    The Plaintiff will supplement under separate cover this response with names of additional physicians if those entities should be ascertained.

Dr. Daniel Edwards
Nyack Hospital
160 North Midland Avenue
Nyack, NY 10960

2./3.    The Plaintiff hereby produces duly executed HIPAA compliant authorizations for all medical providers related to this incident. See Exhibit B.2/3 attached hereto.

4.    The Plaintiff hereby produces presently available medical records for the within incident. See Exhibit B.4 attached hereto.

5.    The Plaintiff will produce under separate cover an authorization for all pharmacies from which the Plaintiff has purchased medicine and/or devices in connection with the injuries sustained.

    6.    The Plaintiff hereby produces all bills, invoices and statements of medical treatment. See Exhibit B.6 attached hereto.

    7.    Not applicable.

    8.    Not applicable.

    9.    Not applicable.

    10.    Not applicable.

    11.    See B.5 above.

C.  Not applicable.

D.  Not applicable.

E.  Not applicable.

F.  Not applicable.

G.  Not applicable.

H.  Not applicable.

I.  Not applicable, as Plaintiff does not claim lost wages.

J.  Not applicable.

K.  Index #: 07-CV-6723

L.  Such statements are protected by the attorney-client privilege.

M.

    LAW OFFICES OF DONALD L. FRUM
    Attorney for Defendant/Fourth-Party Plaintiffs Comfort Inns, Inc. and Palisades Lodging Corporation, trading as Comfort Inn
    565 Taxter Road, Suite 150
    Elmsford, New York 10523

    MARKS, O'NEILL, O'BRIEN AND COURTNEY, P.C.
    Attorney for Defendant/Third-Party Plaintiff Choice Hotels International, Inc.
    530 Saw Mill River Road

Elmsford, New York 10523

ABRAMS, GORELICK, FRIEDMAN & JACOBSON, P.C.
Attorneys for Third-Party Defendant Kenneth Weiss
One Battery Park Plaza, 4th Floor
New York, NY 10004

LAW OFFICES OF JAMES J. TOOMEY
Attorneys for Defendants/Fourth Party Defendants Ignacio Rangel,
Auditors Express and John Van Houten
485 Lexington Avenue, 7th Floor
New York, NY 10017

LAW OFFICES OF ELIOT F. BLOOM, ESQ.
Attorneys for Plaintiff Richard Loos
114 Old Country Road, Suite 308
Mineola, New York 11501

N.     Not applicable.

O.

Richard Loos
21596 Casa Monte
Boca Raton, Florida

Kenneth Weiss
28 Fieldstone Court
New City, New York 10956

Danielle Weiss
28 Fieldstone Court
New City, New York 10956

John VanHouton
122 Gaston Avenue
Garfield, New Jersey 07026

Lorrie" (Last name unknown)
Hotel Manager
Comfort Inn
425 East Route 59
Nanuet, New York 10954

P.
    1.     The requested documents are too voluminous for production and are

        available on the Electronic Court Filing system (ECF).

2. The Plaintiff hereby produces a police report in response to this demand. See Exhibit P.2 attached hereto.

3. Plaintiff is not in possession of such pictures.

4. See Exhibit P.4 attached hereto.

5. Plaintiff is not in possession of such pictures.

6. Not applicable.

7. Not applicable.

8. Not applicable.

9. Not applicable.

10. SS#: 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

11. Not applicable.

12. The requested documents are too voluminous for production and are available on the Electronic Court Filing system (ECF).

13. Not applicable.

14. Not applicable.

Q.     The Plaintiff has not, to date, retained the services of an expert. When the Plaintiff does retain an expert, the identity and required information regarding that expert will be disclosed by the Plaintiff as required by the Federal Rules of Civil Procedure.

R.     Not applicable to individual plaintiff.

S.     Not applicable.

**PLEASE TAKE NOTICE** that Plaintiff reserves the right to amend and/or supplement the preceding responses.

Dated: Mineola, New York
       September 4, 2008

Yours, etc.

LAW OFFICES OF ELIOT F. BLOOM

By: Eliot F. Bloom, Esq. (9423)
*Attorneys for Plaintiff Richard Loos*
114 Old Country Road, Suite 308
Mineola, New York 11501
(516) 739-5300

TO:    LAW OFFICES OF DONALD L. FRUM
        Attorney for Defendant/Fourth-Party Plaintiffs
        Comfort Inns, Inc. and Palisades Lodging Corporation,
        trading as Comfort Inn
        565 Taxter Road, Suite 150
        Elmsford, New York 10523
        (914) 347-5522

        MARKS, O'NEILL, O'BRIEN AND COURTNEY, P.C.
        Attorney for Defendant/Third-Party Plaintiff
        Choice Hotels International, Inc.
        530 Saw Mill River Road
        Elmsford, New York 10523

        ABRAMS, GORELICK, FRIEDMAN & JACOBSON, P.C.
        Attorneys for Third-Party Defendant
        Kenneth Weiss
        One Battery Park Plaza, 4th Floor
        New York, NY 10004
        (212) 422-1200

        LAW OFFICES OF JAMES J. TOOMEY
        Attorneys for Defendants/Fourth Party Defendants
        Ignacio Rangel, Auditors Express and John Van Houten
        485 Lexington Avenue, 7th Floor
        New York, NY 10017
        (917) 778-6600